# PERSONNEL FILE MATERIALS



PLAINTIFF'S
EXHIBIT

**C**

MTC000147

## Management & Training Corporation – Wilkinson County Correctional Center
## Employee File Checklist

**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| Name: | Perkins, Erika | Hire date: | 7/1/2013 |
| Position: | Captain | Employee #: | 48500196 |

**TAB 1**
- ☑ Offer Letter / Employee Agreement
- ☑ Employment Application
- ☐ Resume

### I-9 NOTEBOOK
- ☐ I-9 Form

**TAB 2**
- ☑ Employee Personal Data Form
- ☐ Invitation to Self-Identify
- ☐ Rehire/Transfer Form
- ☐ New Employee Orientation Acknowledgement Form
- ☑ W-4 Form
- ☑ Ms. State Tax
- ➤ Change of Address Request
- ☑ Direct Deposit Form
- ☐ Employee Loss Control Orientation Acknowledgement

**TAB 2 Cont.**
- ☐ Termination Checklist
- ➤ Resignation Letter
- ➤ Notice of Caution (resulting in termination)
- ➤ Request for Termination
- ☐

**TAB 3**
- ☐ Probation Evaluation Form
- ☐ Performance Evaluation Forms
- ☐ Individual Record of Training
- ☐ Pre-service Training
- ☐ In-service Training (if req)
- ➤ Salary Increase Memo
- ➤ Bonus Memo
- ➤ Notice of Caution
- ➤ Performance Improvement Plan
- ➤ Unsatisfactory Performance Critique
- ➤ Employee Memos/Communication
- ➤ Incident Reports

**TAB 4**
- ☐ Application for Educational Asst.
- ☐ High School Diploma
- ☐ College Transcripts
- ☐ Professional Certifications

**TAB 5**
- ☐ Garnishment/Child Support Order

**TAB 6**
- ☑ MDOC Background check
- ☑ Family Incarcerated

**CONFIDENTIAL FILE**
- ☐ TB Test Results (if applicable)
- ☑ Benefit Acknowledgement of Receipt
- ☑ New Benefits Enrollment Form
- ☑ 401K Automatic Enrollment Form
- ☑ Beneficiary Designation 401K
- ☑ Beneficiary Designation Life Ins.
- ☐ Backup Documentation for Dependent(s)
- ☐ Benefits Waiver

**Drug Test Binder Check**
- ☐ Drug Screen Results

**Mail**

| | | |
|---|---|---|
| ☐ TALX Tax Credit Questionnaire | ☐ Form 8850 | |
| ☐ Lawson Entry for New Hire | Date:_____ | Audit:_____ Audit_____ |
| ☐ Lawson Entry for Benefits | Date:_____ | Audit_____ Audit_____ |



500 N. Marketplace Dr.
P.O. Box 10
Centerville, UT 84014
Direct: 801.693.2601
Fax: 801.693.2900
E-mail: teresa.aramaki@mtctrains.com
www.mtctrains.com

Teresa N. Aramaki, SPHR
Vice President, Human Resources

July 30, 2020

Erika Perkins
452 Concordia Park
Vidalia, LA 71373

RE:    Employee Complaint
       Wilkinson County Correctional Facility

Dear Ms. Perkins,

This is in response to the complaint you submitted on June 30, 2020 regarding your demotion
from Major to Captain at the Wilkinson County Correctional Facility. We wish to provide a
positive, professional and productive work environment for all our employees, and we thank you
for the opportunity to review your concerns.

At your request, we have conducted a thorough review of the relevant facts and documentation
pertaining to your concerns. After careful review of these items, we find that the demotion was
warranted and we uphold the demotion. Additionally, our records, which include a memo and
offer letter both signed by yourself, indicate that the demotion was effective June 2, 2020, and
that your pay was changed effective that same date.

We now consider these matters closed with no need for further action.

Best regards,

Teresa Aramaki

CC:    Sara Revell, Vice President Corrections Region IV
       Scott Middlebrooks, Warden
       Jared Christensen, Director, Corporate Human Resources
       Scott Toth, Manager, Corporate Human Resources
       Kelly Pomeroy, Manager, Human Resources
       Personnel File

MTC000149



Offer of Employment

Name:            Erika Perkins
Position Title:  Administrative Captain
Facility:        Wilkinson County Correctional Facility
Start Date:      06/02/2020
Job type:        Full-Time
Pay:             $880 weekly
Supervisor:      Craig Coil

By signing below, you understand and agree to the following:

1. You may be eligible to participate in MTC's group benefits package which includes, among other benefits, health insurance coverage and the MTC retirement plan.
2. This offer is contingent upon successful completion of an Employment Eligibility form (I-9), favorable background checks, and possessing a valid driver's license in the state of employment with an acceptable driving record.  This offer is also contingent upon passing a forensic drug screen prior to employment.
3. This employment offer is for your services as needed and no contract or commitment for any stated period is involved.
4. Job and rate of pay are the sole considerations for acceptance, and you have not been influenced in any way by any promises made to you by anyone verbally or otherwise as to future status or rate of pay while an employee of the company.
5. Promotions, transfers, bonus plans, and changes in rate of pay will at all times be solely at the discretion of the company and subject to any pertinent laws, policies, and regulations now in effect or that become effective during your employment.
6. To obey all company policies regulations, and rules of conduct now in effect, or placed in effect in the future, or any changes therein or additions thereto, which may be posted at a company facility or otherwise communicated to you.
7. Upon termination of your employment, you must surrender company credit cards and company keys in your possession, and otherwise comply with company termination procedures.
8. To work the schedule and at the location to which you are assigned.
9. This offer may be contingent upon MTC obtaining written customer approval.
10. Your employment and compensation can be terminated, with or without cause and with or without notice, at any time at the option of either the company or yourself.
11. You will not at any time, whether on behalf of yourself or any other person, use, disclose, or take advantage of any confidential or proprietary information of the company, unless such use is for the benefit of the company in the course of your employment.
12. Eligibility for payment or award on all offers requires your active employment with MTC at the time of payment or award.

_Erika Perkins_ _____          _06/04/2020_ _____
Erika Perkins                                 Date



# WILKINSON COUNTY CORRECTIONAL FACILITY
2999 U.S. Highway 61 North
Woodville, MS 39669

# MEMORANDUM

TO:     Scott Middlebrooks, Warden

FROM:   Erika Perkins, Chief of Security

DATE:   6/2/2020

RE:     Demotion

On the above-referenced date, I, Erika Perkins, was demoted from my position as Chief of Security and accepted a position as an Administrative Captain.

_____          08/04/2020
Signature                                   Date

_____          6-4-2020
Witness                                     Date



Offer of Employment

Name: Erika Perkins
Position Title: Chief of Security
Facility: Wilkinson Cty. Corr. Facility
Start Date: April 03, 2019
Job type: Full-Time
Pay: $52,000.00 per year
Supervisor: Scott Middlebrooks

By signing below, you understand and agree to the following:

1. You may be eligible to participate in MTC's group benefits package which includes, among other benefits, health insurance coverage and the MTC retirement plan.
2. This offer is contingent upon successful completion of an Employment Eligibility form (I-9), favorable background checks, and possessing a valid driver's license in the state of employment with an acceptable driving record. This offer is also contingent upon passing a forensic drug screen prior to employment.
3. This employment offer is for your services as needed and no contract or commitment for any stated period is involved.
4. Job and rate of pay are the sole considerations for acceptance, and you have not been influenced in any way by any promises made to you by anyone verbally or otherwise as to future status or rate of pay while an employee of the company.
5. Promotions, transfers, bonus plans, and changes in rate of pay will at all times be solely at the discretion of the company and subject to any pertinent laws, policies, and regulations now in effect or that become effective during your employment.
6. To obey all company policies regulations, and rules of conduct now in effect, or placed in effect in the future, or any changes therein or additions thereto, which may be posted at a company facility or otherwise communicated to you.
7. Upon termination of your employment, you must surrender company credit cards, and company keys in your possession, and otherwise comply with company termination procedures.
8. To work the schedule and at the location to which you are assigned.
9. This offer may be contingent upon MTC obtaining written customer approval.
10. Your employment and compensation can be terminated, with or without cause and with or without notice, at any time at the option of either the company or yourself.
11. You will not at any time, whether on behalf of yourself or any other person, use, disclose, or take advantage of any confidential or proprietary information of the company, unless such use is for the benefit of the company in the course of your employment.
12. The first 180 days of employment will be an assessment (probationary) period per MTC Policy.
13. Eligibility for payment or award on all offers requires your active employment with MTC at the time of payment or award.

Erika Perkins

04/02/2019
Date



## Management & Training Corporation

500 N. Marketplace Dr.
P.O. Box 10
Centerville, UT 84014
Direct: 801.693.2600
Fax: 801.693.2900
www.mtctrains.com

June 3, 2013

Erika Perkins
452 Concordia Park Dr
Vidalia, LA  71373

Dear Erika,

Management & Training Corporation (MTC) is pleased to offer you the position of Captain the Wilkinson County Correctional Facility at a salary of $676.00 per week.  This new assignment will be effective July 1, 2013.  Additional terms of this offer are as follows:

1.    You will be eligible to participate in MTC's group benefits package which includes, among other benefits, health insurance coverage and the MTC retirement plan.

2.    This offer is contingent upon successful completion of an Employment Eligibility form (I-9), favorable background checks, and possessing a valid driver's license in the state of Mississippi with an acceptable driving record.  This offer is also contingent upon passing a forensic drug screen prior to employment.

3.    You understand and agree that this employment offer is for your services as needed and no contract or commitment for any stated period is involved.

4.    You understand and agree that this job and rate of pay are the sole considerations for acceptance, and you have not been influenced in any way by any promises made to you by anyone verbally or otherwise as to future status or rate of pay while an employee of the company.

5.    You understand and agree that promotions, transfers, and changes in rate of pay will at all times be solely at the discretion of the company and subject to any pertinent laws, policies, and regulations now in effect or that become effective during your employment.

6.    You agree to obey all company policies, regulations, and rules of conduct now in effect, or placed in effect in the future, or any changes therein or additions thereto, which may be posted at a company facility or otherwise communicated to you.

7.    You understand and agree that upon termination of your employment, you must surrender company credit cards, any company keys in your possession, and otherwise comply with company termination procedures.

EP                     06/06/13
_____                _____
Initial                Date

MTC000153



Page 2

8.    You agree to work the schedule and at the location to which you are assigned.

9.    You understand that your employment and compensation can be terminated, with or without cause and with or without notice, at any time at the option of either the company or yourself.

10.   You agree that you will not at any time, whether on behalf of yourself or any other person, use, disclose, or take advantage of any confidential or proprietary information of the company, unless such use is for the benefit of the company in the course of your employment.

11.   You understand that you first 180 days of employment as such will be an assessment (probationary) period per MTC Policy.

Please indicate your acceptance of this offer and the terms herein by signing in the signature block provided below.  This is our entire offer--no other promises or representations are included.  Eligibility for payment or award on all of the above, requires your active employment with MTC at the time of payment or award.

We are looking forward to your success and hope this position is challenging and provides you with great job satisfaction.  We appreciate your hard work and dedication to MTC by providing the best possible services to our customers.

Sincerely,

Frank Shaw
Warden

_Employee Signature_                                    06/06/13
Employee Signature                                      Date

_Erika L. Perkins_
Employee Name (Please Print)



Employee ID: 1902962
PERKINS, ERIKA L

Advice Route: 1402
Advice Date: 8/31/2012
Period Start/End: 8/12/2012 To 8/25/2012

3373815

CCA OF TENNESSEE, LLC                10 BURTON HILLS BOULEVARD
                                     NASHVILLE, TN 37215

## STATEMENT OF EARNINGS AND DEDUCTIONS

| EARNINGS TYPE | HOURS | RATE | AMOUNT | DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|
| Regular | 72.00 | 15.587 | 1,122.26 | Gross Wages | 1,246.96 | 22,922.49 |
| Holiday | | | | Federal Income Tax | 52.28 | 1,146.19 |
| Bonus | | | | Social Security W/H Employee | 49.97 | 920.81 |
| Retent Bonus | | | | Medicare Withheld Employee | 17.25 | 317.90 |
| PTO Prior YR | 8.00 | 15.587 | 124.70 | MS State Tax | 42.00 | 777.00 |
| PTO | | | | PPO EMP P/T | 44.55 | 773.55 |
| STL | | | .63 | DISAB. – LT | 7.41 | 130.03 |
| | | | | VISION | 3.06 | 55.08 |
| | | | | DENT/VIO/S | 10.33 | 180.34 |
| | | | | 401K EE CONT | 62.35 | 1,146.16 |
| | | | | CCAssist | 1.00 | 18.00 |
| | | | | * Deductions | 290.20 | |
| | | | | * Net Wages | 956.76 | |

* Total Hours Worked/
Wages Earned   72.00   1,122.26
* Total Paid   80.00   1,246.96
* Taxable              1,126.67

CCA OF TENNESSEE, LLC
10 BURTON HILLS BOULEVARD
NASHVILLE, TN 37215

Transit No.        Bank Name
                   REGIONS BANK
                   REGIONS BANK

Account No.

PAYMENT ADVICE
THIS IS NOT A CHECK
* New Accounts Pre-Noted *

ADVICE NO.:   3373815
ADVICE DATE:  8/31/2012

Amount Deposited
175.00
781.76

NON-NEGOTIABLE

Deposited
For:   ERIKA L PERKINS

MTC000155

Management & Training
Corporation
Perkins                          Eri

## Applicant Basic Info

| First Name | Erika |
|---|---|
| Middle Name | L |
| Last Name | Perkins |
| Email | EPerkins0375@yahoo.com |
| Current Address Line 1 | 452 Concordia Perk |
| Current Address Line 2 | |
| City | Vidalia |
| State | Louisiana |
| Country | United States |
| Zip | 71373 |
| Primary Phone | 318-719-5310 |
| Secondary Phone | |

## Source Information

| How did you hear about MTC? | Other |
|---|---|
| Additional Information | |
| Referred by | self |
| Referrer Phone | |
| Referrer e-mail | |

## Executive Summary

| Summary | |
|---|---|
| Objective | |
| Specific Skills Area | |

## Additional Information

| Current Working Title | |
|---|---|
| Current Company | |
| Current job level | |
| Current Compensation | |
| Minimum Expected Salary | |
| Maximum Expected Salary | |
| Highest level of education | |
| Willing to relocate | |
| Years of relevant experience | |
| Salary Expectation Type | |
| Current Compensation Type | |
| Current Compensation Currency | |
| Geographic Preference | |
| Start Date at current company | |
| Date Available to Start Work | |

## Applicant Education

| Degree Type | |
|---|---|
| Degree/Certification | |
| Degree Date | |
| Major | |

6/11
@ 7:30am

Management & Training
Corporation          Erika

MTC000156

Management & Training
Corporation
Perkins
Eri'

| Responsibilities | Hear all pertinent information surrounding all alleged rule violations and base the final decision solely on the preponderance of the evidence presented at the hearing, render a factual finding and a fair and just punishment. |
|---|---|

## Applicant Experience

| Employer Name | CCA, Corrections Corporation of America |
|---|---|
| Title | |
| Position | Shift Supervisor |
| Position Type | |
| Department | |
| Start | 9/16/2007 |
| End | 10/31/2011 |
| Employer City | Woodville |
| Employer State | MS |
| Responsibilities | Supervise the administrative and operational shift activities of the facility, employees, and visitors. Supervise employees on each post to verify that they are aware of and follow the proper procedures for that particular post. Responsible for daily assignments to post. Schedule transport and ensure that all appointments are made. |

## Applicant Experience

| Employer Name | CCA, Corrections Corporation of America |
|---|---|
| Title | |
| Position | Assistant Shift Supervisor |
| Position Type | |
| Department | |
| Start | 9/24/2006 |
| End | 9/15/2007 |
| Employer City | Woodville |
| Employer State | Ms |
| Responsibilities | Assist the Shift Supervisor with the operational shift activities of the facility. Supervise employees on each post and verify that they are aware of and follow the proper procedures for that post. |

## Applicant Experience

| Employer Name | CCA, Corrections Corporation of America |
|---|---|
| Title | |
| Position | Correctional Officer |
| Position Type | |
| Department | |
| Start | 3/17/2004 |
| End | 9/23/2006 |
| Employer City | Woodville |
| Employer State | MS |
| Responsibilities | Supervise inmates to maintain security. maintain order by enforcing all rules and regulations. Assist inmates with their problems and relay it to the appropriate departments for resolution, when necessary. Control access to housing cell blocks and dormitories. maintain post logbooks and control board in the housing control room. |

Management & Training
Corporation        Erika

Management & Training
Corporation            Eri
Perkins

| | |
|---|---|
| Minor | |
| School | **Natchez High School** |
| School Type | |
| School Start Date | |
| School End Date | |
| School URL | |
| Location | **Natchez, MS** |
| GPA | |
| Comments | |

**Applicant Experience**

| | |
|---|---|
| Employer Name | **CCA, Corrections Corporation of America** |
| Title | |
| Position | **Administrative Shift Supervisor** |
| Position Type | |
| Department | |
| Start | **3/17/2004** |
| End | |
| Employer City | **Woodville** |
| Employer State | **MS** |
| Responsibilities | **Supervise the administrative and operational shift activities of the facility, employees, and visitors. Supervise employees on each post to verify that they are aware of and follow the proper procedures for that particular post. Responsible for daily assignments to post. manage transportation and the transport officers and distribution/organization of the inmate drug tests. Assist with shift duties as needed.** |

**Applicant Experience**

| | |
|---|---|
| Employer Name | **CCA, Corrections Corporation of America** |
| Title | |
| Position | **STG Officer** |
| Position Type | |
| Department | |
| Start | **7/1/2012** |
| End | **2/27/2013** |
| Employer City | **Woodville** |
| Employer State | **MS** |
| Responsibilities | **Interview in coming inmates. identify, validate, and monitor the inmates who are members of the Security Threat group.** |

**Applicant Experience**

| | |
|---|---|
| Employer Name | **CCA, Corrections Corporation of America** |
| Title | |
| Position | **Disciplinary Hearing Officer** |
| Position Type | |
| Department | |
| Start | **3/1/2013** |
| End | **5/17/2013** |
| Employer City | **Woodville** |
| Employer State | **MS** |

Management & Training
Corporation            Erika

**MTC**

**Employee Personal Data Form**

#485001916    3-17-04

| | |
|---|---|
| Name *Erika L. Perkins* | Date of Hire *7-01-13*    Date of Birth *03/14/1975* |
| Social Security Number *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* | Marital Status ____ Single    ✓ Married |
| Address – physical (required) *452 Concordia Park* | Address – mailing (*if different*) |
| City *Vidalia* | City _____ |
| State *LA*    Zip *71373* | State _____    Zip _____ |
| County *Concordia* | County _____ |
| Home Phone *(318)336-4512*    Cell Phone *(318)719-5310*    E-mail *EPerkins0375@yahoo* |

| | |
|---|---|
| Name *Eric G Perkins* | **Emergency Contact**    Relationship *Husband* |
| Home Phone *(318)336-4512* | Cell Phone *(504)858-7340* |
| Address *452 Concordia Park* | *Vidalia, LA 71373* |

## Invitation to Self-Identify
### PLEASE READ THE FOLLOWING CAREFULLY BEFORE COMPLETING THIS FORM

Anti-Discrimination Notice. It is unlawful employment practice for an employer to fail or refuse to hire or discharge any individual, or otherwise to discriminate against any individual with respect to that individual's terms and conditions of employment, because of such individual's race, color, religion, sex, or national origin.

MTC is subject to certain governmental recordkeeping and reporting requirements for the administration of civil rights laws and regulations. In order to comply with these laws, the company invites applicants and employees to voluntarily self-identify their gender, race and ethnicity.

Submission of this information will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government for civil rights enforcement. When reported, data will not identify any specific individual.

### What is your gender and race/ethnicity? You may mark only one.

Gender: ____ Male    ✓ Female

_____ **Hispanic or Latino** – A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin regardless of race.

_____ **White** (Not Hispanic or Latino) – A person having origins in any of the original peoples of Europe, the Middle East, or North Africa.

✓ **Black or African American** (Not Hispanic or Latino) – A person having origins in any of the black racial groups of Africa.

_____ **Native Hawaiian or Other Pacific Islander** (Not Hispanic or Latino) – A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islanders.

_____ **Asian** (Not Hispanic or Latino) – A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

_____ **Asian** (Not Hispanic or Latino) – A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

_____ **Asian** (Not Hispanic or Latino) – A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

_____ **American Indian or Alaska Native** (Not Hispanic or Latino) – A person having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment.

_____ **Two or more races** (Not Hispanic or Latino) – All persons who identify with more than one of the above five races.

Employee Signature    Date *06/11/13*

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

► Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
► Give Form W-4 to your employer.
► Your withholding is subject to review by the IRS.

**20 22**

**Step 1:**
**Enter**
**Personal**
**Information**

(a) First name and middle initial   ERika   L    Last name   PERKins

(b) Social security number   434 23 9536

Address   452 Cuncordia Park Drive

► Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

City or town, state, and ZIP code   Vidalia, LA 71373

(c) ☐ Single or Married filing separately
☐ Married filing jointly or Qualifying widow(er)
☑ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5. See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at www.irs.gov/W4App, and privacy.

**Step 2:**
**Multiple Jobs**
**or Spouse**
**Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); **or**

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . ► ☐

TIP: To be accurate, submit a 2022 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs. Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**
**Claim**
**Dependents**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ► $ _____

Multiply the number of other dependents by $500 . . . . ► $ _____

Add the amounts above and enter the total here . . . . . . . . . . . . . . .

| 3 | $ 3 |

**Step 4**
**(optional):**
**Other**
**Adjustments**

(a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . .

| 4(a) | $ |

(b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . .

| 4(b) | $ |

(c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . .

| 4(c) | $ |

**Step 5:**
**Sign**
**Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

► _____   02/07/22
**Employee's signature** (This form is not valid unless you sign it.)   Date

**Employers**
**Only**

| Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|
| | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 10220Q    Form **W-4** (2022)

FmG 2·7-2022

MTC000160

# Employee's Withholding Certificate

OMB No. 1545-0074

Form **W-4**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
▶ Give Form W-4 to your employer.
▶ Your withholding is subject to review by the IRS.

**2021**

| Step 1:<br>Enter<br>Personal<br>Information | (a) First name and middle initial **Erika L** | Last name **Torkins** | (b) Social security number **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** |
|---|---|---|---|

Address **452 Concordia Park Drive**

City or town, state, and ZIP code **Vidalia, LA 71373**

▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c)  ☐ Single or Married filing separately

☐ Married filing jointly or Qualifying widow(er)

☑ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at www.irs.gov/W4App, and privacy.

| Step 2:<br>Multiple Jobs<br>or Spouse<br>Works | Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.<br><br>Do **only one** of the following.<br><br>(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); **or**<br><br>(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**<br><br>(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . . ▶ ☐<br><br>**TIP:** To be accurate, submit a 2021 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator. |
|---|---|

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

| Step 3:<br>Claim<br>Dependents | If your total income will be $200,000 or less ($400,000 or less if married filing jointly): | | |
|---|---|---|---|
| | Multiply the number of qualifying children under age 17 by $2,000 ▶ $ | | |
| | Multiply the number of other dependents by $500 . . . . ▶ $ | | |
| | Add the amounts above and enter the total here . . . . . . . . . . | **3** | $ **3** |

| Step 4<br>(optional):<br>Other<br>Adjustments | (a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . . | 4(a) | $ |
|---|---|---|---|
| | (b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . | 4(b) | $ |
| | (c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . | 4(c) | $ |

| Step 5:<br>Sign<br>Here | Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete. |
|---|---|
| | *[signature]* ▶ **05/13/2021**<br>Employee's signature (This form is not valid unless you sign it.)    Date |

| Employers<br>Only | Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 10220Q    Form **W-4** (2021)

FMG 5-14-21

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. December 2020) Department of the Treasury Internal Revenue Service | ► Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. ► Give Form W-4 to your employer. ► Your withholding is subject to review by the IRS. | **2021** |

**Step 1: Enter Personal Information**

(a) First name and middle initial: Erika L.    Last name: Perkins

(b) Social security number: 434 23 9536

Address: 452 Concordia Park Drive

► Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

City or town, state, and ZIP code: Vidalia, LA 71373

(c) ☑ Single or Married filing separately

☐ Married filing jointly or Qualifying widow(er)

☐ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at www.irs.gov/W4App, and privacy.

**Step 2: Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); **or**

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . ► ☐

**TIP:** To be accurate, submit a 2021 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3: Claim Dependents**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ► $

Multiply the number of other dependents by $500 . . . . ► $

Add the amounts above and enter the total here . . . . . . . . . . | **3** | $

**Step 4 (optional): Other Adjustments**

(a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . . | **4(a)** | $

(b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . | **4(b)** | $

(c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . | **4(c)** | $

*Exempt*

**Step 5: Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

► *E.M.P.*    Date: 04/16/2021

Employee's signature (This form is not valid unless you sign it.)

**Employers Only** | Employer's name and address | First date of employment | Employer identification number (EIN) |

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 10220Q    Form **W-4** (2021)

FmG 4.16.21    MTC000162

Form W-4 (2021)

## Step 2(b)—Multiple Jobs Worksheet *(Keep for your records.)*

If you choose the option in Step 2(b) on Form W-4, complete this worksheet (which calculates the total extra tax for all jobs) on **only ONE** Form W-4. Withholding will be most accurate if you complete this worksheet and enter the result on the Form W-4 for the highest paying job.

**Note:** If more than one job has annual wages of more than $120,000 or there are more than three jobs, see Pub. 505 for additional tables; or, you can use the online withholding estimator at *www.irs.gov/W4App*.

| | | | | |
|---|---|---|---|---|
| 1 | **Two jobs.** If you have two jobs or you're married filing jointly and you and your spouse each have one job, find the amount from the appropriate table on page 4. Using the "Higher Paying Job" row and the "Lower Paying Job" column, find the value at the intersection of the two household salaries and enter that value on line 1. Then, **skip** to line 3 . . . . . . . . . . . . . | | **1** | $ |
| 2 | **Three jobs.** If you and/or your spouse have three jobs at the same time, complete lines 2a, 2b, and 2c below. Otherwise, skip to line 3. | | | |
| | a | Find the amount from the appropriate table on page 4 using the annual wages from the highest paying job in the "Higher Paying Job" row and the annual wages for your next highest paying job in the "Lower Paying Job" column. Find the value at the intersection of the two household salaries and enter that value on line 2a . . . . . . . . . . | **2a** | $ |
| | b | Add the annual wages of the two highest paying jobs from line 2a together and use the total as the wages in the "Higher Paying Job" row and use the annual wages for your third job in the "Lower Paying Job" column to find the amount from the appropriate table on page 4 and enter this amount on line 2b . . . . . . . . . . . . . . . | **2b** | $ |
| | c | Add the amounts from lines 2a and 2b and enter the result on line 2c . . . . . . . . | **2c** | $ |
| 3 | Enter the number of pay periods per year for the highest paying job. For example, if that job pays weekly, enter 52; if it pays every other week, enter 26; if it pays monthly, enter 12, etc. . . . . | | **3** | |
| 4 | **Divide** the annual amount on line 1 or line 2c by the number of pay periods on line 3. Enter this amount here and in **Step 4(c)** of Form W-4 for the highest paying job (along with any other additional amount you want withheld) . . . . . . . . . . . . . . . . . . . . . | | **4** | $ |

## Step 4(b)—Deductions Worksheet *(Keep for your records.)*

| | | | |
|---|---|---|---|
| 1 | Enter an estimate of your 2021 itemized deductions (from Schedule A (Form 1040)). Such deductions may include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income . . . . . . . . . . | **1** | $ |
| 2 | Enter: { • $25,100 if you're married filing jointly or qualifying widow(er) • $18,800 if you're head of household • $12,550 if you're single or married filing separately } . . . . . . . . | **2** | $ |
| 3 | If line 1 is greater than line 2, subtract line 2 from line 1 and enter the result here. If line 2 is greater than line 1, enter "-0-" . . . . . . . . . . . . . . . . . . | **3** | $ |
| 4 | Enter an estimate of your student loan interest, deductible IRA contributions, and certain other adjustments (from Part II of Schedule 1 (Form 1040)). See Pub. 505 for more information . . . . | **4** | $ |
| 5 | Add lines 3 and 4. Enter the result here and in **Step 4(b)** of Form W-4 . . . . . . . . . . | **5** | $ |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person with no other entries on the form; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.<br>▶ Give Form W-4 to your employer.<br>▶ Your withholding is subject to review by the IRS. | **2020** |

**Step 1:**

**Enter Personal Information**

(a) First name and middle initial: Erika L.  Last name: Perkins

(b) Social security number: 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

▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

Address: 452 Concordia Park Drive

City or town, state, and ZIP code: Vidalia, LA 71373

(c)
☐ Single or Married filing separately
☐ Married filing jointly (or Qualifying widow(er))
☑ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

---

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the online estimator, and privacy.

**Step 2:**

**Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); **or**

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2020 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

---

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**

**Claim Dependents**

If your income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ $

Multiply the number of other dependents by $500 . . . . ▶ $

Add the amounts above and enter the total here . . . . . . . . . . | 3 | $

**Step 4 (optional):**

**Other Adjustments**

(a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . | 4(a) | $

(b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . | 4(b) | $

(c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . | 4(c) | $ Exempt

Exempt

**Step 5:**

**Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

Employee's signature (This form is not valid unless you sign it.)

Date: 10/05/2020

| **Employers Only** | Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 3.   Cat. No. 10220Q   Form **W-4** (2020)

FmG   10-5-20

# Form W-4 (2019)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2019 if **both** of the following apply.

• For 2018 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**

• For 2019 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2019 expires February 17, 2020. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2019 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income not subject to withholding outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2019. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married filing jointly and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income not subject to withholding, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Additional Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

**Personal Allowances Worksheet**

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. Head of household please note:** Generally, you may claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you may be eligible to claim a child tax credit for each of your eligible children. To qualify, the child must be under age 17 as of December 31, must be your dependent who lives with you for more than half the year, and must have a valid social security number. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse if you are filing a joint return.

**Line F. Credit for other dependents.** When you file your tax return, you may be eligible to claim a credit for other dependents for whom a child tax credit can't be claimed, such as a qualifying child who doesn't meet the age or social security number requirement for the child tax credit, or a qualifying relative. To learn more about this credit, see Pub. 972. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total

---

- - - - - - - - - - - - Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records. - - - - - - - - - - - -

Form **W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2019**

| 1 Your first name and middle initial | Last name | | 2 Your social security number |
|---|---|---|---|
| Erika L | Perkins | | 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 |

| Home address (number and street or rural route) | 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
|---|---|
| 452 Concordia Park Drive | Note: If married filing separately, check "Married, but withhold at higher Single rate." |

| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, |
|---|---|
| Vidalia, LA 71373 | check here. You must call 800-772-1213 for a replacement card. ▶ ☐ |

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) . . . . | 5 | 3 |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | 6 | $ |
| 7 | I claim exemption from withholding for 2019, and I certify that I meet **both** of the following conditions for exemption. | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and** | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶  *[signature]*     Date ▶ 0/27/2020

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.     Cat. No. 10220Q     Form **W-4** (2019)

FMG 1-27-20     MTC000165

# Form W-4 (2019)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to www.irs.gov/FormW4.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2019 if **both** of the following apply.

• For 2018 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**

• For 2019 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2019 expires February 17, 2020. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2019 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at www.irs.gov/W4App to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income not subject to withholding outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2019. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married filing jointly and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income not subject to withholding, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Additional Income Worksheet on page 3 or the calculator at www.irs.gov/W4App to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at www.irs.gov/W4App to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions
### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. Head of household please note:** Generally, you may claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you may be eligible to claim a child tax credit for each of your eligible children. To qualify, the child must be under age 17 as of December 31, must be your dependent who lives with you for more than half the year, and must have a valid social security number. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse if you are filing a joint return.

**Line F. Credit for other dependents.** When you file your tax return, you may be eligible to claim a credit for other dependents for whom a child tax credit can't be claimed, such as a qualifying child who doesn't meet the age or social security number requirement for the child tax credit, or a qualifying relative. To learn more about this credit, see Pub. 972. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total

---

*Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.*

**Form W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2019**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Erika L. | Perkins | 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 |

Home address (number and street or rural route)
452 Concordia Park Drive

City or town, state, and ZIP code
Vidalia, LA 71373

3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married filing separately, check "Married, but withhold at higher Single rate."

4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ▶ ☐

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) | 5 | |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |

7 I claim exemption from withholding for 2019, and I certify that I meet **both** of the following conditions for exemption.
• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here. ▶ | 7 | Exempt

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶    Date ▶ 11/23/19

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.      Cat. No. 10220Q      Form W-4 (2019)

FmG 11-23-2019      MTC000166

Form W-4 (2019)  Page **3**

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for yourself . . . . . . . . . . . . . . . . . . . . . . . . . | A _____ |
| B | Enter "1" if you will file as married filing jointly . . . . . . . . . . . . . . . . | B _____ |
| C | Enter "1" if you will file as head of household . . . . . . . . . . . . . . . . . | C _____ |
| D | Enter "1" if: { • You're single, or married filing separately, and have only one job; or<br>• You're married filing jointly, have only one job, and your spouse doesn't work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | D _____ |

E   **Child tax credit.** See Pub. 972, Child Tax Credit, for more information.
  • If your total income will be less than $71,201 ($103,351 if married filing jointly), enter "4" for each eligible child.
  • If your total income will be from $71,201 to $179,050 ($103,351 to $345,850 if married filing jointly), enter "2" for each eligible child.
  • If your total income will be from $179,051 to $200,000 ($345,851 to $400,000 if married filing jointly), enter "1" for each eligible child.
  • If your total income will be higher than $200,000 ($400,000 if married filing jointly), enter "-0-" . . . . . . . E _____

F   **Credit for other dependents.** See Pub. 972, Child Tax Credit. See Pub. 972 for more information.
  • If your total income will be less than $71,201 ($103,351 if married filing jointly), enter "1" for each eligible dependent.
  • If your total income will be from $71,201 to $179,050 ($103,351 to $345,850 if married filing jointly), enter "1" for every two dependents (for example, "-0-" for one dependent, "1" if you have two or three dependents, and "2" if you have four dependents).
  • If your total income will be higher than $179,050 ($345,850 if married filing jointly), enter "-0-" . . . . . . . F _____

G   **Other credits.** If you have other credits, see Worksheet 1-6 of Pub. 505 and enter the amount from that worksheet here. If you use Worksheet 1-6, enter "-0-" on lines E and F . . . . . . . . . . . . . . . . . . . G _____

H   Add lines A through G and enter the total here . . . . . . . . . . . . . . . ▶ H _____

| For accuracy, complete all worksheets that apply. | { • If you plan to itemize or claim adjustments to income and want to reduce your withholding, or if you have a large amount of nonwage income not subject to withholding and want to increase your withholding, see the Deductions, Adjustments, and Additional Income Worksheet below.<br>• If you have more than one job at a time **or** are **married filing jointly** and you and your spouse both work, and the combined earnings from all jobs exceed $53,000 ($24,450 if married filing jointly), see the **Two-Earners/Multiple Jobs Worksheet** on page 4 to avoid having too little tax withheld.<br>• If neither of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 above. } |
|---|---|

## Deductions, Adjustments, and Additional Income Worksheet

**Note:** Use this worksheet *only* if you plan to itemize deductions, claim certain adjustments to income, or have a large amount of nonwage income not subject to withholding.

1   Enter an estimate of your 2019 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your income. See Pub. 505 for details . . . . . . . . . . . . . . . . 1 $ _____

2   Enter: { $24,400 if you're married filing jointly or qualifying widow(er)<br>$18,350 if you're head of household<br>$12,200 if you're single or married filing separately } . . . . . . . . 2 $ _____

3   **Subtract** line 2 from line 1. If zero or less, enter "-0-" . . . . . . . . . . . 3 $ _____

4   Enter an estimate of your 2019 adjustments to income, qualified business income deduction, and any additional standard deduction for age or blindness (see Pub. 505 for information about these items) . . 4 $ _____

5   **Add** lines 3 and 4 and enter the total . . . . . . . . . . . . . . . . . . 5 $ _____

6   Enter an estimate of your 2019 nonwage income not subject to withholding (such as dividends or interest) . 6 $ _____

7   **Subtract** line 6 from line 5. If zero, enter "-0-". If less than zero, enter the amount in parentheses . . . 7 $ _____

8   **Divide** the amount on line 7 by $4,200 and enter the result here. If a negative amount, enter in parentheses. Drop any fraction . . . . . . . . . . . . . . . . . . . . . . . 8 _____

9   Enter the number from the **Personal Allowances Worksheet**, line H, above . . . . . . . . . 9 _____

10   **Add** lines 8 and 9 and enter the total here. If zero or less, enter "-0-". If you plan to use the **Two-Earners/ Multiple Jobs Worksheet**, also enter this total on line 1 of that worksheet on page 4. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 . . . . . . . . . . . . . . . 10 _____

## HOPE FEDERAL CREDIT UNION
## DIRECT DEPOSIT AUTHORIZATION FORM

| MEMBER INFORMATION | |
|---|---|
| Member Name: ERIKA LASHANE PERKINS | SSN/TIN: 434239536 |
| Street: 452 CONCORDIA PARK | |
| City/State/Zip: VIDALIA, LA 71373 | Email: EPERKINS0375@YAHOO.COM |
| Home Phone: 318-421-1007    Work Phone: 601-888-3199 | Mobile Phone: |
| Employer: WILKINSON COUNTY    Employer Address: | |

☑ Initial Authorization    ☐ Change in Authorization

I hereby authorize my Employer to deduct from my payroll the amounts set forth below and to deposit these funds at Hope Federal Credit Union (herein after "Hope Credit Union") for each payroll period following receipt of this Authorization until further notice from me. If this is a change in a previous Authorization, I instruct my Employer to follow this Authorization.

ERIKA LASHANE PERKINS
Printed Name

Signature

Date 03/05/20

### DIRECT DEPOSIT INFORMATION

Direct Deposit Amount: ☐ Total Check    $ 200.00    Per Payroll Period

First Deposit Date: 03/06/20    Payroll Frequency: ☐ Weekly ☑ Biweekly ☐ Monthly ☐ Semi-Monthly

Routing Number (ABA R/T):

| 0 | 6 | 5 | 3 | 8 | 2 | 5 | 1 | 4 |
|---|---|---|---|---|---|---|---|---|

Account Type:
☐ Checking    ☒ Savings

Account Number:
Member Number: 0000175103

| 0 | 0 | 0 | 0 | 1 | 7 | 5 | 1 | 0 | 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Loan Number: _____    $ _____

Other Account Number: _____    $ _____

Need help with this form? Call toll-free, 1-866-321-HOPE.

Federally Insured by NCUA
EDPA-06

FMG 3-5-20    MTC000168

**HOPE FEDERAL CREDIT UNION**
**DIRECT DEPOSIT AUTHORIZATION FORM**

| MEMBER INFORMATION | |
|---|---|
| Member Name: ERIKA LASHANE PERKINS | SSN/TIN: 434239536 |
| Street: 452 CONCORDIA PARK | |
| City/State/Zip: VIDALIA, LA 71373 | Email: EPERKINS0375@YAHOO.COM |
| Home Phone: 318-421-1007    Work Phone: 601-888-3199 | Mobile Phone: |
| Employer: WILKINSON COUNTY    Employer Address: | |

☒ Initial Authorization    ☐ Change in Authorization

I hereby authorize my Employer to deduct from my payroll the amounts set forth below and to deposit these funds at Hope Federal Credit Union (herein after "Hope Credit Union") for each payroll period following receipt of this Authorization until further notice from me. If this is a change in a previous Authorization, I instruct my Employer to follow this Authorization.

ERIKA LASHANE PERKINS
Printed Name

X _Erika Perkins_    Signature

03/05/20    Date

**DIRECT DEPOSIT INFORMATION**

Direct Deposit Amount: ☐ Total Check    $ _200.00_    Per Payroll Period

First Deposit Date: _03/06/20_    Payroll Frequency: ☐ Weekly ☒ Biweekly ☐ Monthly ☐ Semi-Monthly

Routing Number (ABA R/T):

| 0 | 6 | 5 | 3 | 8 | 2 | 5 | 1 | 4 |
|---|---|---|---|---|---|---|---|---|

Account Type:
☒ Checking    ☐ Savings

Account Number:
1500000175103

| 1 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 5 | 1 | 0 | 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Loan Number: _____    $ _____

Other Account Number: _____    $ _____

Need help with this form? Call toll-free, 1-866-321-HOPE.

Federally Insured by NCUA
EDPA-06

FMG 3-5-20

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4.*

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if both of the following apply.

• For 2017 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**
• For 2018 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider

using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

**Personal Allowances Worksheet**
Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C.** *Head of household please note:* Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as any dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

---

| Form **W-4** | **Employee's Withholding Allowance Certificate** | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | | **2018** |

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| ERIKA            L | PERKINS | 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 |

| Home address (number and street or rural route) | 3 ☐ Single  ☐ Married  ☐ Married, but withhold at higher Single rate. |
|---|---|
| 452 Concordia Park Drive | Note: If married filing separately, check "Married, but withhold at higher Single rate." |

| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, |
|---|---|
| Vidalia, LA 71373 | check here. You must call 800-772-1213 for a replacement card. ▶ ☐ |

| | | | | |
|---|---|---|---|---|
| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) . . . | | **5** | 3 |
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . | | **6** | $ |
| 7 | I claim exemption from withholding for 2018, and I certify that I meet **both** of the following conditions for exemption. | | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and** | | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ▶ | **7** | | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

| Employee's signature (This form is not valid unless you sign it.) ▶ | Date ▶ 01/04/19 |
|---|---|

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|

| For Privacy Act and Paperwork Reduction Act Notice, see page 4. | Cat. No. 10220Q | Form **W-4** (2018) |

FmG  1-4-2019

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to www.irs.gov/FormW4.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if **both** of the following apply.

• For 2017 you had a right to a refund of all federal income tax withheld because you had no tax liability, **and**

• For 2018 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

**Personal Allowances Worksheet**

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C.** *Head of household please note:* Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as any dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

---

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

## Employee's Withholding Allowance Certificate

Form **W-4**

Department of the Treasury
Internal Revenue Service

▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2018**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Erika L. | Perkins | 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 |

| Home address (number and street or rural route) | 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
|---|---|
| 452 Concordia Park Drive | Note: If married filing separately, check "Married, but withhold at higher Single rate." |

| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ▶ ☐ |
|---|---|
| Vidalia, LA 71373 | |

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) | 5 | |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |
| 7 | I claim exemption from withholding for 2018, and I certify that I meet **both** of the following conditions for exemption. | | |

• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**

• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here ▶ | 7 | *exempt exempt*

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ *[signature]*   Date ▶ 11/13/18

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.    Cat. No. 10220Q    Form **W-4** (2018)

FMG 11-19-2018    MTC000171

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if **both** of the following apply.

• For 2017 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**

• For 2018 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C.** *Head of household please note:* Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as any dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

---------------- Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records. ----------------

| | | |
|---|---|---|
| Form **W-4** | | OMB No. 1545-0074 |
| Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate**<br>▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | 20**18** |

| **1** Your first name and middle initial   Erika    Last name   Perkins | | **2** Your social security number   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 |
|---|---|---|

Home address (number and street or rural route)   452 Concordia Park Drive

City or town, state, and ZIP code   Vidalia, LA   71373

**3** ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married filing separately, check "Married, but withhold at higher Single rate."

**4** If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ▶ ☐

| | | | |
|---|---|---|---|
| **5** | Total number of allowances you're claiming (from the applicable worksheet on the following pages) | **5** | 3 |
| **6** | Additional amount, if any, you want withheld from each paycheck | **6** | $ |
| **7** | I claim exemption from withholding for 2018, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here ▶ | **7** | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶   *[signature]*     Date ▶ 07/12/18

| **8** Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | **9** First date of employment | **10** Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.     Cat. No. 10220Q     Form **W-4** (2018)

FMG 7-16-2018

MTC000172

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if **both** of the following apply.

• For 2017 you had a right to a refund of all federal income tax withheld because you had **no** tax liability, **and**

• For 2018 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider

using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

**Personal Allowances Worksheet**
Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. Head of household please note:** Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

## Employee's Withholding Allowance Certificate

Form **W-4**
Department of the Treasury
Internal Revenue Service

► Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2018**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Erika | PERKINS | 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 |

Home address (number and street or rural route) 452 Concordia Park Drive

City or town, state, and ZIP code  Vidalia, LA 71373

3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married filing separately, check "Married, but withhold at higher Single rate."

4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ► ☐

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) | 5 | |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |
| 7 | I claim exemption from withholding for 2018, and I certify that I meet **both** of the following conditions for exemption. | | |

• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here ► | 7 | Exempt

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ► _[signature]_    Date ► 06/04/18

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.    Cat. No. 10220Q    Form **W-4** (2018)

FMG 6-3-2018    MTC000173

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

• Is age 65 or older,

• Is blind, or

• Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . | A |
| B | Enter "1" if: { • You're single and have only one job; or / • You're married, have only one job, and your spouse doesn't work; or / • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B |
| C | Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . | C |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . | D  ☑ / |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . . | E  / |
| F | Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . | F |
| | (**Note:** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information. | |
| | • If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children. | |
| | • If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. | G |
| H | Add lines A through G and enter total here. (**Note:** This may be different from the number of exemptions you claim on your tax return.) ▶ | H  ☒ 3 |

| | |
|---|---|
| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2. |
| | • If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld. |
| | • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |

------------------------- Separate here and give Form W-4 to your employer. Keep the top part for your records. -------------------------

## Employee's Withholding Allowance Certificate

Form **W-4**
Department of the Treasury
Internal Revenue Service

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**20 17**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Erika   L. | Perkins | 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 |

| Home address (number and street or rural route) | 3 ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
|---|---|
| 452 Concordia Park Drive | **Note:** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |

| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, |
|---|---|
| Vidalia, LA  71373 | check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |

| 5 | Total number of allowances you are claiming (from line **H** above or from the applicable worksheet on page 2) | 5 | 3 |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . | 6 | $ |
| 7 | I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption. | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and** | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

| Employee's signature (This form is not valid unless you sign it.) ▶ | *[signature]* | Date ▶ 01 · 10 · 18 |
|---|---|---|

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form **W-4** (2017)

FMG 01/11/2018

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

- Is age 65 or older,
- Is blind, or
- Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

---

**Personal Allowances Worksheet** (Keep for your records.)

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . **A** _____

B  Enter "1" if:
- You're single and have only one job; or
- You're married, have only one job, and your spouse doesn't work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

. . . **B** _____

C  Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld) . . . . . . . . . . . . **C** _____

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . . **D** _____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . . . **E** _____

F  Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . **F** _____
(**Note:** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then less "1" if you have two to four eligible children or less "2" if you have five or more eligible children.
- If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. . **G** _____

H  Add lines A through G and enter total here. (Note: This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you are **single** and have **more than one job** or are **married** and you **and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

- - - - - - - - - - **Separate here and give Form W-4 to your employer. Keep the top part for your records.** - - - - - - - - - -

**Form W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2017**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Erika | Perkins | 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 |

Home address (number and street or rural route)
452 Concordia Park Drive

City or town, state, and ZIP code
Vidalia, LA 71373

3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5  Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2)    **5** _____

6  Additional amount, if any, you want withheld from each paycheck    **6** $ _____

7  I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here . . . . . . ▶ **7** exempt

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ _Erika Perkins_    Date ▶ 12/05/2017

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2017)

FMG  12-6-17

MTC000175

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:
• Is age 65 or older,
• Is blind, or
• Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

---

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent | A  1 |
| B | Enter "1" if: { • You're single and have only one job; or<br>• You're married, have only one job, and your spouse doesn't work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B |
| C | Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) | C |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return | D  1 |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) | E  1 |
| F | Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit | F |
| | **(Note:** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then less "1" if you have two to four eligible children or less "2" if you have five or more eligible children.<br>• If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. | G |
| H | Add lines A through G and enter total here. **(Note:** This may be different from the number of exemptions you claim on your tax return.) ▶ H | 3 |

For accuracy, complete all worksheets that apply.
• If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
• If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

Separate here and give Form W-4 to your employer. Keep the top part for your records.

## Form W-4
Department of the Treasury
Internal Revenue Service

### Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2017**

| 1 Your first name and middle initial: Erika L. | Last name: Perkins | 2 Your social security number: 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 |
|---|---|---|

Home address (number and street or rural route): 450 Concordia Park Drive

3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: Vidalia, LA 71373

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

| 5 | Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2) | 5 | 3 |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |
| 7 | I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (This form is not valid unless you sign it.) ▶ _(signed)_     Date ▶ 06·28·17

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 10220Q     Form **W-4** (2017)

FMC  7-3-17     MTC000176

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

• Is age 65 or older,

• Is blind, or

• Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

## Personal Allowances Worksheet (Keep for your records.)

**A**   Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . **A** _____

**B**   Enter "1" if:   • You're single and have only one job; or

        • You're married, have only one job, and your spouse doesn't work; or          **B** _____

        • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

**C**   Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . **C** _____

**D**   Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . **D** _____

**E**   Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . . **E** _____

**F**   Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . **F** _____

     **(Note:** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G**   **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.

     • If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children.

     • If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child.   **G** _____

**H**   Add lines A through G and enter total here. **(Note:** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _____

For accuracy, complete all worksheets that apply.

     • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.

     • If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.

     • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---------------------- Separate here and give Form W-4 to your employer. Keep the top part for your records. ----------------------

| | | |
|---|---|---|
| **Form W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
| Department of the Treasury Internal Revenue Service | ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | **2017** |

**1**   Your first name and middle initial   *Erika L.*    Last name   *Parkins*     **2** Your social security number   *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*

Home address (number and street or rural route)   *452 Concordia Park Drive*

**3** ☑ Single   ☐ Married   ☐ Married, but withhold at higher Single rate.

Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code   *Vidalia, LA 71873*

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

**5**   Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2)   **5** _____

**6**   Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . **6** $ _____

**7**   I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption.

     • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**

     • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

     If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ▶ **7** *exempt*

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.) ▶   *[signature]*     Date ▶ *05-31-19*

**8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)    **9** Office code (optional)    **10** Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 10220Q     Form **W-4** (2017)

*FmG  6-2-2017*          MTC000177

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

• Is age 65 or older,

• Is blind, or

• Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . | A ___ |
| B | Enter "1" if: { • You're single and have only one job; or<br>• You're married, have only one job, and your spouse doesn't work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B ___ |
| C | Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . | C ___ |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . | D _2_ |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . | E _1_ |
| F | Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . | F ___ |
| | (**Note:** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children.<br>• If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. | G ___ |
| H | Add lines A through G and enter total here. (**Note:** This may be different from the number of exemptions you claim on your tax return.) ▶ | H _4_ |

| | | |
|---|---|---|
| For accuracy,<br>complete all<br>worksheets<br>that apply. | { • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. } | |

-------------------- Separate here and give Form W-4 to your employer. Keep the top part for your records. --------------------

## Employee's Withholding Allowance Certificate

Form **W-4**
Department of the Treasury
Internal Revenue Service

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2017**

| 1  Your first name and middle initial | Last name | 2  Your social security number |
|---|---|---|
| ERIKA | PERKINS | 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 |

| Home address (number and street or rural route) | 3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate. |
|---|---|
| 452 Concordia Park Drive | Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |

| City or town, state, and ZIP code | 4  If your last name differs from that shown on your social security card, |
|---|---|
| Vidalia, LA 71373 | check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |

| | | |
|---|---|---|
| 5 | Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2) | 5  4 |
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | 6  $ |
| 7 | I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . ▶ | 7 |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(This form is not valid unless you sign it.) ▶ _[signature]_    Date ▶ 01-17-17

| 8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9  Office code (optional) | 10  Employer identification number (EIN) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 10220Q    Form **W-4** (2017)

FMG  1-18-2017    MTC000178

# Form W-4 (2016)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2016 expires February 15, 2017. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

• Is age 65 or older,

• Is blind, or

• Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions do not apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2016. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

---

## Personal Allowances Worksheet (Keep for your records.)

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . **A** _____

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.
} **B** _____

C  Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . **C** _____

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . **D** _____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . . **E** _____

F  Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____

(Note: Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children.
- If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child . . **G** _____

H  Add lines A through G and enter total here. (Note: This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single and have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the Two-Earners/Multiple Jobs Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

Separate here and give Form W-4 to your employer. Keep the top part for your records.

---

Form **W-4**

Department of the Treasury Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2016**

| 1  Your first name and middle initial | Last name | 2  Your social security number |
|---|---|---|
| Erika    L. | Perkins | 434·23·9536 |

Home address (number and street or rural route)
452 Concordia Park Drive

City or town, state, and ZIP code
Vidalia, LA  71373

3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) . . . **5** _____

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . **6** $ _____

7  I claim exemption from withholding for 2016, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . ▶ **7** Exempt

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ _Erika L. Perkins_    Date ▶ 11·15·16

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9  Office code (optional) | 10  Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2016)

FMG  11-23-2016

# Form W-4 (2013)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2013 expires February 17, 2014. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $1,000 and includes more than $350 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2013. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

---

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| **A** | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . | **A** _1_ |
| **B** | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | **B** |
| **C** | Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . | **C** |
| **D** | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . | **D** _1_ |
| **E** | Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) | **E** _0_ |
| **F** | Enter "1" if you have at least $1,900 of **child or dependent care expenses** for which you plan to claim a credit . . | **F** |
| | (**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| **G** | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $65,000 ($95,000 if married), enter "2" for each eligible child; then **less** "1" if you have three to six eligible children or **less** "2" if you have seven or more eligible children.<br>• If your total income will be between $65,000 and $84,000 ($95,000 and $119,000 if married), enter "1" for each eligible child . . . | **G** |
| **H** | Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** | _2_ |

| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |
|---|---|

- - - - - - - - - - - - - - - - - - **Separate here and give Form W-4 to your employer. Keep the top part for your records.** - - - - - - - - - - - - - - - - - -

| Form **W-4** <br>Department of the Treasury<br>Internal Revenue Service | **Employee's Withholding Allowance Certificate** <br>▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | OMB No. 1545-0074 <br> 20**13** |
|---|---|---|

| 1  Your first name and middle initial _Erika L._ | Last name _Perkins_ | 2  Your social security number _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_ |
|---|---|---|
| Home address (number and street or rural route) _452 Concordia Park_ | 3  ☑ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.<br>**Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. | |
| City or town, state, and ZIP code _Vidalia, LA 71373_ | 4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ | |

| | | |
|---|---|---|
| 5 | Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) | 5  _2_ |
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . | 6  $ |
| 7 | I claim exemption from withholding for 2013, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here . . . . . . . . . . . . ▶ | 7 |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** <br>(This form is not valid unless you sign it.) ▶ _E.R. Perk_     Date ▶ _06/11/13_

| 8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9  Office code (optional) | 10  Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 10220Q     Form **W-4** (2013)

Form 89-350-10-1 Rev.1/10

State Tax Commission
P.O. Box 960
Jackson Mississippi 39205

**MISSISSIPPI EMPLOYEE'S WITHHOLDING EXEMPTION CERTIFICATE**

IMPORTANT: THIS CERTIFICATE MAY BE USED FOR PAY PERIODS IN CALENDAR YEAR 2010 and after

Employee's Name __ERIKA L PITKINS__   SSN __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__   Date of Birth __03/14/1975__

Employee's Residence Address __452 Concordia Park__   __Vidalia,__   __LA__   __71373__
                              Number and Street        City or Town      State    Zip Code

| | Marital Status | CLAIM YOUR WITHHOLDING PERSONAL EXEMPTION | Amount Claimed |
|---|---|---|---|
| **EMPLOYEE:** File this form with your employer. Otherwise, he must withhold Mississippi income tax from the full amount of your wages. | 1.Single | ( ✓ )Enter $6,000 as exemption.................................$ | 6,000 |
| | 2.Married (Check One) (a) | ( )Spouse NOT employed:Enter$12,000........................$ | |
| | (b) | ( )Spouse IS employed: Enter that part of $12,000 claimed by you, in multiples of $500. See instructions 2(b)below.....$ | |
| | 3. Head of Family | ( )Enter $9,500 as exemption. To qualify as head of family, you must be single and have a dependent living in the home with you. See instructions 2(c) & (d) below...................................$ | ~~9,500~~ |
| **EMPLOYER:** Keep this certificate with your records. If the employee is believed to have claimed excess exemption, the State Tax Commission should be advised. | 4. Dependents  Number Claimed 01 | You may claim $1,500 for each dependent,* other than for taxpayer and spouse, who receives chief support from you and who qualifies as a dependent for Federal income tax purposes. *A head of family may claim $1,500 for each dependent excluding the one which qualifies you as head of family. Multiply number of dependents claimed by you by $1,500. Enter amount claimed....................................$ | 1,500 |
| | 5. Age and Blindness Exemption | Age 65 or older  ( )Husband  ( )Wife  ( ) Single  Blind  ( )Husband  ( )Wife  ( ) Single  Multiply number of blocks checked by $1,500. Enter amount claimed....................................$  Note: No exemption allowed for age or blindness for dependents. | 7,500 |
| **Effective only for pay periods in 2000 and after** | 6. TOTAL AMOUNT OF EXEMPTION CLAIMED - Lines 1 through 5........$ | | $ |
| | 7. | Additional dollar amount withholding per pay period if agreed to by your employer...........................................$ | $ |
| **Military Spouses Residency Relief Act Exemption from Mississippi Withholding** | 8. If you meet the conditions set forth under the Service Member Civil Relief, as amended by the Military Spouses Residency Relief Act and have no Mississippi tax liability, write "Exempt" on line 8. You must attach a copy of the Federal Form DD-2058 and a copy of your Military Spouse ID Card to this form so your employer can validate the exemption claim......$ | | |

I declare under the penalties imposed for filing false reports that the amount of exemption claimed on this certificate does not exceed the amount to which I am entitled or I am entitled to claim exempt status.

Employee's Signature __Erik Pitk__   Date: __06/11/13__

## INSTRUCTIONS

1. THE PERSONAL EXEMPTIONS ALLOWED ARE:
   (a) Single individuals - $6,000
   (b) Married individuals (jointly) - $12,000
   (c) Head of family - $9,500
   (d) Dependents - $1,500
   (e) Aged 65 and over - $1,500
   (f) Blindness - $1,500

2. CLAIMING PERSONAL EXEMPTIONS:
   (a) SINGLE INDIVIDUALS enter $6,000 on Line 1.

   (b) MARRIED INDIVIDUALS are allowed a joint exemption of $12,000. If the spouse is not employed, enter $12,000 on Line 2(a). If the spouse is employed, the amount of $12,000 may be divided between taxpayer and spouse in any manner they choose - in multiples of $500. For example - taxpayer may claim $8,000 andspouse claims $4,000. The total claimed by taxpayer and spouse may not ex- ceed $12,000. Enter amount claimed by you on Line 2(b).

   (c) A HEAD OF FAMILY is a single individual who maintains a home which is the principal place of abode for himself and at least one dependent. Single individuals qualifying as a head of family enter $9,500 on Line 3. If the taxpayer has more than one dependent, additional exemptions are applicable. See item (d).

   (d) An additional exemption of $1,500 may generally be claimed for each dependent of the taxpayer. A dependent is any relative who receives chief support from the taxpayer and who qualifies as a dependent for Federal income tax purposes. Head of family individuals may claim an additional exemption for each dependent excluding the one which is required for head of family status. For example, a head of family tax- payer has 2 dependent children and his dependent mother living with him. The taxpayer may claim 2 additional exemptions. Married or single individuals may claim an additional exemption for each dependent, but should not include themselves or their spouse. Married taxpayers may divide the number of their dependents between them in any manner they choose; for example, a married couple has 3 children who qualify

as dependents. The taxpayer may claim 2 dependents and the spouse 1; or the taxpayer 3 and the spouse none. Enter the amount of dependent exemption on line 4.

   (e) An additional exemption of $1,500 may be claimed by either taxpayer or spouse or both if either or both have reached the AGE of 65 before the close of the taxable year. No additional exemption is authorized for dependents by reason of age. Check applicable blocks on Line 5.

   (f) An additional exemption of $1,500 may be claimed by either taxpayer or spouse or both if either or both are BLIND. No additional exemption is authorized for dependents by reason of blindness. Check applicable blocks on Line 5. Multiply number of blocks checked on Line 5 by $1,500 and enter amount of exemption claimed.

3. TOTAL EXEMPTION CLAIMED: Add the amount of exemptions claimed in each category and enter the total on Line 6. This amount will be used as a basis for withholding income tax under the appropriate withholding tables.

4. A NEW EXEMPTION CERTIFICATE MUST BE FILED WITH YOUR EMPLOYER WITHIN 30 DAYS AFTER ANY CHANGE IN YOUR EXEMPTION STATUS.

5. PENALTIES ARE IMPOSED FOR WILLFULLY SUPPLYING FALSE INFORMATION OR WILLFUL FAILURE TO SUPPLY INFORMATION WHICH WOULD REDUCE THE WITHHOLDING EXEMPTION.

6. IF THE EMPLOYEE FAILS TO FILE AN EXEMPTION CERTIFICATE WITH HIS EMPLOYER, INCOME TAX MUST BE WITHHELD BY THE EMPLOYER ON TOTAL WAGES WITHOUT THE BENEFIT OF EXEMPTION.

7. IMPORTANT: USE THIS FORM ONLY FOR PAY PERIODS IN 2000 AND AFTER.

8. To comply with the Military Spouses Residency Relief Act (PL 111-97) Signed into law November 11, 2009.

**MTC**

## Authorization Agreement for Direct Deposit

ERIKA PERKINS
DL La 008805477  318-336-5064
Emp: W C C F
452 Concordia Park Dr
Vidalia, LA 71373

108

85-543/653

To enro...
a depos...
accoun...
sample...

...nt (do not attach
...umber for your
...t slip). Here is a

PAY TO THE
ORDER OF _____

DATE _____

$ _____

*VOID*

DOLLARS

REGIONS

FOR _____

MP _____

⑈065305436⑈  0094794111⑈  1088

...umber in
... check—
...p)

---

## Account Information

☑ New Account                    ☐ Update Existing Account

If you elect to use direct deposit, your entire check will be deposited.  The entire amount of your check will automatically be deposited into your main account, unless you elect to have a certain dollar amount deposited into a secondary account.  If you do elect to have a certain dollar amount deposited into a secondary account, then your total deposit, minus that amount, will be deposited into your main account.

1. **Main Account:** Bank Name / City / State _Regions_  _Natchez, MS_
   Routing/Transit # _065305436_    Account # _0094794111_
   ☑ Checking ☐ Savings ☐ Other    ***Entire net amount will be deposited in this account***

2. **Secondary Account:** Bank Name / City / State _Regions_  _Natchez, MS_
   Routing/Transit # _065305436_    Account # _____
   ☐ Checking ☑ Savings ☐ Other    I wish to deposit: $ _175_ . _00_

---

## Please Read and Sign

I hereby authorize Management & Training Corporation to initiate deposits to my account as indicated above, to the depository named above, and to credit the same to such account if deposits are made in error.  This authority will remain in effect until I file a new Authorization Agreement.

Employee Name _Erika L Perkins_

Employee Number _____

Employee Signature _Erik. P.R._

Date _06/11/13_

Entered
6/21/13
KSB

MTC000182

MTC/FORM/Authorization Agreement for Direct Deposit                    6/2/09

Sales and Service



## Authorization for Automatic Payroll Deposits

I, ERIKA PERKINS _____, hereby authorize and instruct

_ M T C PAYROLL _____ (the "company") to deposit the amount of each of my payroll payments directly into my checking and/or savings account indicated below in the amounts indicated below in the Deposit Instructions and to make any such withdrawals directly from my account or accounts by the Company as are necessary to correct any incorrect deposit by the Company under this Authorization.

I further hereby authorize and instruct Regions Bank (the "Bank") to accept such automatic deposits to or withdrawals from my account or accounts by the Company and to cause my account or accounts to be automatically credited or debited (as the case may be) in the amount of such deposits or withdrawals by the Company without any responsibility for correctness of any such deposit or withdrawal.

## Deposit Instructions

_____ Please deposit the full amount of each of my payroll payments to my CHECKING account:
Initial

| | |
|---|---|
| Routing Number | Account Number |

_EP_ Please deposit the full amount of each of my payroll payments to my SAVINGS account:
Initial

| 065305436 | 0107097069 |
|---|---|
| Routing Number | Account Number |

_____ Please deposit the full amount, indicated below, of each of my payroll payments to my SAVINGS account and the remainder of each payroll payments to my CHECKING account:
Initial

Savings Acct:  $_____

| | |
|---|---|
| Routing Number | Account Number |

Checking Acct: $ Remainder _____

| | |
|---|---|
| Routing Number | Account Number |

I understand that I can cancel this authorization at any time. To cancel, I must give written notice to both the Company and the Bank. My cancellation will become effective as to the Company when the Company receives my notice of cancellation and has had a reasonable period of time upon which to act on it. Any automatic deposits to or withdrawals from my account or accounts by the Company up until that time will be authorized by this authorization. My cancellation of this authorization will become effective as to the credits or debits made to my account or accounts by the Bank when the Bank receives my notice of cancellation and has had a reasonable period of time upon which to act on it. Any automatic credits or debits made to my account or accounts by the Bank up until that time will be authorized by this authorization.

I further understand that all automatic deposits and credits to or withdrawals and debits from my account or accounts under this authorization will be subject to all rules, regulations, agreements and disclosure statements of the Company and the Bank governing accounts and preauthorized transfers to and from accounts.

By signing, I acknowledge receiving and agree to each and every term, condition, and provision of the Deposit Agreement (including, without limitation, the ARBITRATION AND WAIVER OF JURY TRIAL provisions for changing the terms thereof) and related disclosures for this account.

I hereby state that I received a completed copy of this authorization on the date I signed this authorization.

Name: ERIKA PERKINS _____     Signature: _____     06/11/2013
                                                                          Date

Form 52132
Rev 3/2013



A Leader in Social Impact

### RECEIPT OF MTC EMPLOYEE HANDBOOK

I acknowledge receipt of Management & Training Corporation's Employee Handbook dated July 2016. I recognize that MTC policies must be adhered to and understand that it is my responsibility to be familiar with company policies and seek clarification from my supervisor or human resources if I have questions. I understand that all policies are also available to me at www.mtctrains.com and through my human resources office.

I understand the employee handbook, as well as any other handbooks, policies, procedures, summary plan descriptions, or other personnel materials, does not create a binding employment contract between MTC and any employee. I also understand that MTC expressly reserves the right to change any of the policies, procedures or rules, including those covered in this handbook, at any time.

_____          _08 . 11 . 16_____
Employee Signature                                Date

**Erika Perkins**
_____

Print Name

MTC000184



**Merit Increase Memo**

**TO:**       Erika Perkins

**cc:**        Personnel File

**FROM:**   Darrel Vannoy, Warden

**DATE:**   September 29, 2021

**SUBJECT:**  Merit Increase


Effective September 13, 2021 you received a merit increase, which will be reflected in your paycheck on October 1, 2021.  Your new salary is summarized below:

| Previous Rate | New Rate |
|---|---|
| $24.31 | $25.77 |
| Hourly if non-exempt | Hourly if non-exempt |
| Weekly if exempt | Weekly if exempt |

We appreciate your contributions toward making a social impact at MTC.  If you have any questions, you may discuss them with either your supervisor or human resources.

Revised 06/01/2018



**TO:**      Erika Perkins    48500196

**cc:**      Personnel File

**FROM:**   Jody Bradley, Warden

**DATE:**   10/18/2018

**SUBJECT:**   Merit Increase

Effective **10/01/2018** you received a merit increase, which will be reflected in your paycheck on **10/19/2018**.  Your new salary is summarized below:

| Previous Rate | New Rate |
|---|---|
| **$37,900.48** | **$38,658.49** |
| Hourly if non-exempt | Hourly if non-exempt |
| Weekly if exempt | Weekly if exempt |

We appreciate your contributions toward making a social impact at MTC.  If you have any questions, you may discuss them with either your supervisor or human resources.

Revised 06/01/20



**Merit Increase Memo**

**TO:**        Perkins, Erika EE# 48500196

**cc:**         Personnel File

**FROM:**    Jody Bradley, Warden

**DATE:**     July 24, 2017

**SUBJECT:**  Merit Increase

Effective **July 10, 2017** you received a merit increase, which will be reflected in your paycheck on **July 28, 2017**. Your new salary is summarized below:

| Previous Rate | New Rate |
|---|---|
| $714.56 | $728.85 |
| Hourly if non-exempt | Hourly if non-exempt |
| Weekly if exempt | Weekly if exempt |

We appreciate your contributions toward making MTC a success.  If you have any questions, you may discuss them with either your supervisor or Human Resources.

MTC/FORM/Merit Increase Memo



**Salary Increase Memo**

**TO:**       Erika Perkins, EE# 48500196

**cc:**       Personnel File

**FROM:**   Jody Bradley, Warden

**DATE:**    July 25, 2016

**SUBJECT:** Salary Increase

Effective **July 11, 2016**, you received a 1.5% salary increase, which will be reflected in your paycheck on **July 29, 2016**. Your new salary is summarized below:

| Previous Rate | New Rate |
|---|---|
| **$704.00** | **$714.56** |
| Hourly if non-exempt | Hourly if non-exempt |
| Weekly if exempt | Weekly if exempt |

We appreciate your contributions toward making MTC a success. If you have any questions, you may discuss them with either your supervisor or Human Resources.



**Merit Increase Memo**

**TO:**       Erika Perkins

**cc:**        Personnel File

**FROM:**    Jody Bradley, Warden

**DATE:**    November 23, 2015

**SUBJECT:** Merit Increase

Effective *November 2, 2015,* you received a merit increase, which was reflected in your paycheck on *November 20, 2015.* Your new salary is summarized below:

| Previous Rate | New Rate |
|---|---|
| $690.20 | $704.00 |
| Hourly if non-exempt | Hourly if non-exempt |
| Weekly if exempt | Weekly if exempt |

We appreciate your contributions toward making MTC a success. If you have any questions, you may discuss them with either your supervisor or Human Resources.



**MTC** Human Resources

November 1, 2013

Erika Perkins
452 Concordia Park
Vidalia, LA 71373

Dear Erika,

Congratulations on becoming Unit Manager with MTC/Wilkinson County Correctional Center. I'm sure you'll you will meet with the same success in your new position as you did in your last role as Captain. The effective date of your new assignment will be November 4, 2013. At a salary of $680.00 per week.

Best wishes for continued success in your career.

Frank Shaw
Warden

MTC000190

| | | |
|---|---|---|
| Delta Bank | * | CASE NO. AZF-0011-2018 |
| | * | |
| | * | JUSTICE OF THE PEACE COURT |
| VERSUS | * | DISTRICT 2 |
| | * | PARISH OF CONCORDIA |
| | * | |
| Erika Perkins | * | STATE OF LOUISIANA |

## NOTICE OF SEIZURE TO GARNISHEE

TO:   **Wilkinson County Correctional Facility**
**2999 Hwy 61 North**
**Woodville. MS 39669**

PLEASE TAKE NOTICE that by Writ of Fieri Facias issued in the above entitled and numbered proceedings, I seized in your hands, all the property, rights, and credits which you may now or hereafter have in your possession or under your control belonging to the defendant,

<u>Erika Perkins</u>
(Defendant)

On this 24th day of July, 2018.

*Constable Susan Ralk*
CONSTABLE
DISTRICT 3 (By Order)
PARISH OF CONCORDIA

| | | |
|---|---|---|
| Delta Bank | * | CASE NO. AZF-0011-2018 |
| | * | JUSTICE OF THE PEACE COURT |
| VERSUS | * | DISTRICT 2 |
| | * | PARISH OF CONCORDIA |
| | * | |
| Erika Perkins | * | STATE OF LOUISIANA |

## GARNISHMENT CITATION

TO:   Wilkinson County Correctional Facility (Garnishee)

2999 Hwy 61 North

Woodville, MS 39669

You are hereby ordered, to declare under oath, what property belongs to the defendant, in this case you have in your possession or under your control, or in what sum you are indebted to said defendant, and also to answer in writing, categorically and under oath, the interrogatories annexed to the petition, of which a certified copy accompanies this citation, and to file your sworn answers by delivering them to the Justice of the Peace Court, District 2, at the address of 309 Walnut Street, Vidalia, LA 71373, within fifteen (15) days of the date of service of this citation.

This service was issued at the request of, or on behalf of Plaintiff, and by order of said Court on the 24th day of July 2018 at Vidalia, Louisiana.

ANGELA Z. FRILOUX
JUSTICE OF THE PEACE
DISTRICT 2
PARISH OF CONCORDIA

| | | |
|---|---|---|
| Delta Bank | * | CASE NO. AZF-0011-2018 |
| | * | |
| | * | JUSTICE OF THE PEACE COURT |
| VERSUS | * | DISTRICT 2 |
| | * | PARISH OF CONCORDIA |
| | * | |
| Erika Perkins | * | STATE OF LOUISIANA |

## STATEMENT OF SUM DUE UNDER GARNISHMENT

In connection with an application for garnishment of wages filed in this captioned cause, I certify the following to be a true and correct statement of the judgment claims as of this date:

| | | |
|---|---|---|
| Principal: | $ | 258.66 |
| Interest: | $ | |
| Recording Fees | $ | 105.00 |
| Justice of the Peace Court Costs: | $ | 360.00 |
| Constable's Fee | $ | 43.42 |
| TOTAL TO DATE: | $ | 767.08 |

I further certify that the above figure reflects all credits due against the account, but the account is subject to accrual of additional interest, attorney's fees, constable's commission and court costs.

In Vidalia, Louisiana, this 24th day of Julyl, 2018.

Willie Alford

Delta Bank
Vidalia, LA

| | | |
|---|---|---|
| Delta Bank | * | CASE NO. AZF-0011-2018 |
| | * | JUSTICE OF THE PEACE COURT |
| VERSUS | * | DISTRICT 2 |
| | * | PARISH OF CONCORDIA |
| | * | |
| Erika Perkins | * | STATE OF LOUISIANA |

## PETITION FOR GARNISHMENT

The petition of Plaintiff, **Delta Bank**, domiciled in the city of Vidalia, State of Louisiana, with

respect shows and represents that:

1.

A writ of fieri facias has issued in this cause to enforce judgment which Plaintiff has obtained

against Defendant, **Erika Perkins**.

2.

Plaintiff has reason to believe that the Defendant, **Erika Perkins**, is employed by the

**Wilkinson County Correctional Facility (garnishee)**, which is, or will be, indebted to Defendant for

his wages, salary, or commission.

3.

Plaintiff tenders, for deposit into the registry of this Court, for the account of Defendant's employer,

the attorney's fee required for the garnishment of wages, salary, or commission.

WHEREFORE, PLAINTIFF PRAYS THAT **Wilkinson County Correctional Facility**

**(garnishee)** be cited as garnishee and ordered to answer, under oath and in writing, the attached

interrogatories, as provided by law; and that Plaintiff be authorized to deposit into the registry of this Court,

for the account of the garnishee, the attorney's fees required by law.

**Wilkinson County Correctional Facility (garnishee)**
**2999 Hwy 61 North**
**Woodville, MS 39669**

Delta Bank                              *        CASE NO. AZF-0011-2018
                                        *
                                        *        JUSTICE OF THE PEACE COURT
VERSUS                                  *        DISTRICT 2
                                        *        PARISH OF CONCORDIA
                                        *
Erika Perkins                           *        STATE OF LOUISIANA

---

## **ORDER**

IT IS HEREBY ORDERED that the garnishment proceedings be issued as prayed for with **Wilkinson County Correctional Facility (Garnishee)**, being named Garnishee and cited to answer the interrogatories propounded herein, under oath, within **FIFTEEN (15) DAYS** from date of service of this order, as the law directs;

In Vidalia, Louisiana, this 24th day of July, 2018.

ANGELA Z. FRILOUX
JUSTICE OF THE PEACE
DISTRICT 2
PARISH OF CONCORDIA

SERVE GARNISHEE AT THIS ADDRESS: **Wilkinson County Correctional Facility
2999 Hwy 61 North
Woodville. MS 39669**

## INSTRUCTIONS FOR THE GARNISHEE

**WITHIN FIFTEEN (15) DAYS** from the date you are served with the attached garnishment papers, you <u>MUST</u> answer the interrogatories in writing, <u>sign before a Notary Public</u>, and return to:

Justice of the Peace Court

District 2

309 Walnut Street

Vidalia, LA 71373

**BEGIN WITHHOLDING IMMEDIATELY** (using the formula described below), effective as of the date you are served with these papers, and:

1.  Contact a lawyer for any legal services you might need. Neither the Justice of the Peace's office nor the Constable's office can give you legal advice. These instructions are provided only to give you a general overview of the employer's role in a garnishment in an effort to minimize the number of phone calls to the Justice of the Peace and Constable.

2.  Withhold 25% of the disposable earnings that you now owe to the employee and withhold 25% of all disposable earnings that the employee may hereafter earn from you, provided that the deductions do not reduce the disposable earnings below the sum equal to **$196.50. (After July 24, 2009, $217.50)** if paid weekly; nor shall the disposable earnings in any case be reduced below thirty (30) times the federal minimum hourly wages prescribed by Section 6(A)(1) of the Fair Labor Standards Act of 1938, in effect at the time the earnings are payable.

    Disposable earnings are the earnings that remain after all deductions required by law are withheld.

3.  Pay the affected funds (everything accumulated from the date you are served with garnishment papers) **to the Constable** upon receipt of the "Judgment on Garnishment" which will be served upon you just as this Petition for Garnishment has been.

    Make all checks payable to: Constable Susan Rabb, 107 Lee Avenue, Vidalia, LA 71373

4.  Please include the employee's name and the docket number of the suit on the check stub. The docket number can be found in the upper right corner of the Citation.

5.  If you fail to answer the interrogatories within fifteen (15) days, the judgment against the creditor <u>may</u> have <u>you</u> ruled into Court and ask for judgment <u>against you</u> for the amount of the employee's unpaid judgment, plus interest and all court costs.

**FOR FUTHER INFORMATION, CALL Constable Susan Rabb at 318-481-5632**

| | | |
|---|---|---|
| Delta Bank | * | CASE NO. AZF-0011-2018 |
| | * | |
| | * | JUSTICE OF THE PEACE COURT |
| VERSUS | * | DISTRICT 2 |
| | * | PARISH OF CONCORDIA |
| | * | |
| Erika Perkins | * | STATE OF LOUISIANA |

INTERROGATORIES PROPOUNDED TO: **Wilkinson County Correctional Facility**

**2999 Hwy 61 North**
**Woodville. MS 39669**

YOU ARE REQUIRED BY LAW TO ANSWER THE FOLLOWING INTERROGATORES UNDER OATH AND IN WRITING <u>WITHIN FIFTEEN (15) DAYS</u> FROM THE DATE YOU ARE SERVED. RETURN YOUR ANSWERS TO:

Justice of the Peace Court
309 Walnut Street
Vidalia, LA 71373

**INTERROGATORY NO. 1:**
Is the defendant now in your employ, or has he been employed by you?  If so, please state the rate of compensation and how and when he is paid.

**INTERROGATORY NO. 2:**
If the defendant is not employed by you, please state the date of his termination and where any by whom he is presently employed.

**INTERROGATORY NO. 3:**
At the time you were served with these interrogatories, did you have in your possession or in your control any property, money, or effects belonging to the defendant?  If so, please state what property, how much, and of what value, and the location of such.

**INTERROGATORY NO. 4:**
At the time you were served with these interrogatories, did you owe the defendant any money or do you owe him any money now?  If so, please state how much, on what account, and when did it become due?  If not yet due, when will it become due?

**INTERROGATORY NO. 5:**
At the time you were served with these interrogatories, were there any other claims or garnishments pending which would affect the defendant?  If so, what was the date each was served on you and what is the current status of each?

**INTERROGATORY NO. 6:**
Does the defendant owe you any money?  If so, please state the date the debt was incurred, the current balance due, and the date the debt will be paid in full.

JUSTICE OF THE PEACE
DISTRICT 2, PARISH OF CONCORDIA

Delta Bank                         *        CASE NO. AZF-0011-2018
                                   *
                                   *        JUSTICE OF THE PEACE COURT
VERSUS                             *        DISTRICT 2
                                   *        PARISH OF CONCORDIA
                                   *
Erika Perkins                      *        STATE OF LOUISIANA

## ANSWERS TO INTERROGATORES PROPOUNDED TO GARNISHEE

ANSWER TO INTERROGATORY NO. 1: _____

ANSWER TO INTERROGATORY NO. 2: _____

ANSWER TO INTERROGATORY NO. 3: _____

ANSWER TO INTERROGATORY NO. 4: _____

ANSWER TO INTERROGATORY NO. 5: _____

ANSWER TO INTERROGATORY NO. 6: _____

BEFORE ME, the undersigned Notary Public, personally came and appeared

_____, who, after being fully sworn, did depose and state that he is the

Garnishee named in this matter, and that the above and foregoing answers to interrogatories are

true and correct.

                                   _____
                                         Signature of Garnishee

SWORN TO SUBSCRIBED, before me, on this _____ day of _____, 20___.

                    _____
                              Notary Public

Please complete and mail to: Justice of the Peace Court
                             District 2
                             309 Walnut Street, Vidalia, LA 71373

MTC000198

Delta Bank

CASE NO. AZF 011-2018

JUSTICE OF THE PEACE COURT
DISTRICT 2
PARISH OF CONCORDIA

**VERSUS**

Erika Perkins

STATE OF LOUISIANA

xxx-xx-9536

---

## PETITION FOR GARNISHMENT

The petition of Delta Bank, domiciled in the Parish of Concordia, State of Louisiana, with respect

shows and represents that:

A writ of fieri facias has been issued in this cause to enforce judgment which Plantiff has obtained against

Defendant  Erika Perkins _____

Plantiff has reason to believe that the Defendant,  Erika Perkins _____

_____, is employed by   Wilkinson County Correctional Facility _____

_____, (garnishee) which is, or will be, indebted to the

defendant for wages, salary or commission.

Plantiff tenders, for deposit into the registry of this court, for the account of Defendendant's employer,

the attorney's fee required for the garnishment of wages, salary, or commission.

Wherefore, Plaintiff prays that  Wilkinson County Correctional Facility, ____

2999 Hwy 61 North, Woodville, Ms.  39669 _____

be cited as garnishee and ordered to answer under oath and in writing, the attached interrogatories, as

provided by law; and that Plantiff be authorized to deposit into the registry of the Court, for the account of

the garnishee, the attorney's fees required by law.

_____
Signature of Plantiff's Representative
(Delta Bank)

7-19-18
_____
Date

(Form B, pg. 2 of 3)

## CURRENT STATEMENT:(La.R.S. 13:3823)

| | | |
|---|---|---|
| Principal | 258.66 | Sign your name |
| | | Willie Alford |
| Interest | .00 | Print you name |
| Recording Fee | 105.00 | P O Box 930 |
| | | Address |
| Court Cost | 360.00 | Vidalia, La.  71373 |
| Constable Fees 6% | 43.42 | |
| | | 318-336-7174 |
| Credit | | (AC) Phone No. |
| Balance to Date | 767.08 | |

•Above figures do not include future costs, court costs, interest, attorneys fees or constables commission.

308652



FILED AND RECORDED

MOB BK 430 PG 4599

2018 JUL 23  PM 12: 23

BY _____
DY CLERK & RECORDER
CONCORDIA PARISH LA

**DELTA BANK**

**CASE NO. A-22-00T1-2018**
**STATE OF LOUISIANA**
**JUSTICE OF THE PEACE COURT**
**DISTRICT 2**
**PARISH OF CONCORDIA**

**VERSUS**

**ERIKA PERKINS**
**SS# xxx-xx-9536**

## JUDGMENT IN FAVOR OF PLAINTIFF

This cause coming on for trial pursuant to previous assignment and the defendant appearing and having failed to dispel the petition of the plaintiff and the plaintiff having proved his/her demand; and the law and evidence being in favor of the plaintiff(s) and against the defendant(s);

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the plaintiff, Delta Bank and against the defendant, Erika Perkins, SS #xxx-xx-9536 in the sum of Two Hundred fifty-eight and 66/100 ($258.66) Dollars with Four (4) percent per annum interest thereon from the 6th day of April, 2018, until paid, plus court costs of $100.

THUS, DONE, READ AND SIGNED, in open court on this 2nd day of May, 2018.

_____
**JUDGE ANGELA Z. FRILOUX**
**JUSTICE OF THE PEACE**
**DISTRICT 2**
**PARISH OF CONCORDIA**

A TRUE COPY
ATTEST
_____
PUTY CLERK OF COURT
CORDIA PARISH, LA

4599

## Keith OBanion

| | |
|---|---|
| **From:** | Gabriel Walker |
| **Sent:** | Thursday, June 23, 2016 11:43 AM |
| **To:** | Jody Bradley; Keith OBanion |
| **Cc:** | Alan Chapman |
| **Subject:** | Training Incident |

The matter resolving Unit Manager Perkins and Training Manager Pendleton has been resolved. I have spoken with both staff and also allowed them to discuss the matter together with one another. Both staff took ownership and agreed that proper communication between the two would have prevented this incident.

Speaking with Unit Manager Perkins she was informed that she is not allowed to address concerns regarding her daughters employment. She understood that her daughter is an adult working in a Professional environment and any concerns which she had would be addressed by someone in her chain of command. It was addressed to Mrs. Perkins that any MTC clothing not being used or damaged should have been turned back in to the facility training department. Mrs. Perkins understood the concern of other staff in the class not being afforded a jacket and she should have referred to Lt. Pendleton prior to issuing.

Speaking with Training Manager Pendleton she also understood that she could have handled things differently. She failed to get all her facts together prior to acting and accusing staff of misconduct by entering the clothing room removing items without her consent. Though she was advised by Chief of Security Rodriguez to take the jackets from the staff she did it in front of the class which may have been embarrassing to the cadets involved. I further spoke to her concerning ensuring that she addressed the class as a whole when providing instruction concerning policies and procedures and rules of conduct. I advised her to ensure that we ensure that we use good verbiage when explaining consequences of staff misconduct. Ms. Pendleton completely understood the importance of good communication.

I have also spoken to Correctional Officer Erika Perkins (cadet) concerning statements which she provided. I explained to her not to involve her mother concerning matters at the facility. She was provided her chain of command to address concerns too. I explained to her the importance of what Training Pendleton was expressing to her and we only wanted everyone to be successful in this new career. Ms. Perkins understood and advised that she only wanted to follow the procedures and was looking forward to continuing the training class.

I believe this matter is resolved at this time...



**Background Verification Disclosure**

## BACKGROUND VERIFICATION DISCLOSURE

As part of the employment process, Management & Training Corporation, (The Company"), may obtain a Consumer Report and an Investigative Consumer Report. The Fair Credit Reporting Act as amended by the Consumer Reporting Reform Act of 1996 requires that we advise you that for purposes of employment only, a Consumer Report may be made which may include information about your character, general reputation or personal characteristics.

## AUTHORIZATION AND RELEASE

During the application process and at any time during any subsequent employment, I hereby authorize a third party, on behalf of the Company to procure a Consumer Report which I understand may include information regarding my character, general reputation or personal characteristics. This report may be compiled with information from court records repositories, departments of motor vehicles, past or present employer and educational institutions, governmental occupational licensing or registration entities, business or personal references, and any other sources required to verify information that I have voluntarily supplied.

_____
Employee Signature

_____
Printed Name    Erika L. Perkins

_____
Prior Name(s)    Erika L. Yearby

_____
Date    06/11/13

_____
Social Security Number    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

MTC000203



Management
& Training
Corporation

# MISSISSIPPI DEPARMENT OF CORRECTIONS (MDOC)
## ACKNOWLEDGEMENT FORM

This acknowledgement form is to be completed by ALL applicants.  Failure to provide information will result in the rejection of your application for employment.

By signing below, I _ERIKA L. PERKINS_ certify I have never been employed with the Mississippi Department of Corrections (MDOC)

_[signature]_                                    _06/11/13_
**Signature**                                    **Date**

**OR**

By signing below, I _____ certify I am currently or have previously been employed with the Mississippi Department of Corrections (MDOC).

Date of Hire _____       Current/ Last Position _____

Last Date Worked _____           Reason for leaving _____

Location worked _____           Supervisor's Name _____

_____            _____
**Signature**                          **Date**

## AUTHORIZATION AND RELEASE

During the application process and at any time during any subsequent employment, I herby authorize a third party, on behalf of the Mississippi Department of Corrections (MDOC) to procure a Consumer Report which I understand may include information regarding my character, general reputation or personal characteristics. This report may be complied with informton form court records repositories, departments of motor vehicles, past or present employer and educational institutions, governmental occupational licensing or registration entities, business or personal references, and any other sources required to verify information that I have voluntary supplied.

_[signature]_                                    _06/11/13_
Employee Signature                               Date

_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_                                    _008805477 / LA_
Social Security Number                           Driver's License # & State

_08/14/75_
Date of Birth

## NOTIFICATION OF INCARCERATED FAMILY MEMBERS

EMPLOYEE NAME _Erika L. Perkins_

PIN # _____

JOB TITLE _Captain_

WORK LOCATION _Wilkinson_

DATE _06/11/13_

| INMATES NAME | DOC NUMBER | HOUSING UNIT | RELATIONSHIP |
|---|---|---|---|
| Charlie Rodgers Jr. | N/A | N/A | Cousin |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Matthew Schoettmer

**From:** Matthew Schoettmer
**Sent:** Monday, January 17, 2022 10:26 PM
**To:** Allen Carter
**Subject:** Fwd: Work hours

Is this acceptable with you

Sent from my iPhone

Begin forwarded message:

> **From:** Erika Perkins <Erika.Perkins@mtctrains.com>
> **Date:** January 17, 2022 at 11:06:51 AM CST
> **To:** Matthew Schoettmer <Matthew.Schoettmer@mtctrains.com>, Frances Griffin
> <Frances.Griffin@mtctrains.com>
> **Subject: Work hours**

January 17, 2022

Major Matthew Schoettmer,

Per our conversation on yesterday, January 15, 2022 at approximately 0900 hrs. in the count room. This is just to reiterate the discussion we had about my work schedule due to me returning to school for the Spring semester. Beginning Monday, January 17, 2022 I will be working 0800 hrs. to 1400 hrs. every Monday and Tuesday due to my classes being in the evening. I will continue to work every other weekend (12 hrs).

Erika Perkins

Captain

MTC (Management Training and Corporation)

1

Wilkinson County Correctional Facility
2229 US Highway 61 North
Woodville, MS  39669

TEL: 601-888-3199

Date:    Friday, January 21, 2022

To:    Erika Perkins, Captain

From:    Matthew Schoettmer, Major

William DeRevere, Deputy Warden

Subject:    Schedule/Status Change

You recently requested to change work days with the following proposed schedule. This came in the form of an email sent to the Major, Matthew Schoettmer and copying HR Assistant Frances Griffin dated January 17th, 2022. The schedule change is as follows: Due to you returning to school for the spring semester, beginning Monday January 17, 2022 you will be working 0800 to 1400 every Monday and Tuesday (having evening classes) and you will also work a 12 hour shift every other weekend. The weekend work will begin on next Saturday January 29-30.

Upon speaking with you and reviewing your request, a determination was made to approve your schedule as outlined above. Should you need to request time off from the above outlined schedule, standard time-off procedures in accordance with policy will apply. Any adjustments to this schedule must be submitted in writing to the Chief of Security, Major for review.

I am glad that we were able to accommodate your school schedule.

Signed: _____

Witness: _____



Wilkinson County Correctional Facility

**2020 Employee Performance Appraisal - Corrections**

| Name | Employee No. | Hire Date | Job Title | Review Period |
|------|-------------|-----------|-----------|---------------|
| Erika Perkins | 48500196 | 3/17/2004 | Captain | 10/01/2019 - 09/30/2020 |

| 1 Point | Unacceptable | Does not meet minimum requirements. Corrective action required. |
|---------|--------------|-----------------------------------------------------------------|
| 2 Points | Below Average | Rarely meets minimum requirements, performance needs improvement. |
| 3 Points | Average | Performance meets expectations and job requirements. |
| 4 Points | Above Average | Performance exceeds expectations and job requirements. |
| 5 Points | Excellent | Performance consistently far exceeds expectations and requirements. |

| INITIATIVE | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|------------|------------------|-------------------|-------------|-------------------|---------------|
| Ability to work without close supervision. Seeks & accepts new assignments/opportunities. | | | 3<br>Captain Perkins is very knowledgeable of her duties and can preform the duties of Captain well. | | |

| DEPENDABILITY | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---------------|------------------|-------------------|-------------|-------------------|---------------|
| Ability to meet goals. Includes attendance, punctuality, willingness to work overtime. | | | 3<br>Captian Perkins meet requirements with her work schedule. | | |

| JOB KNOWLEDGE | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---------------|------------------|-------------------|-------------|-------------------|---------------|
| Familiar with rules & regulations, techniques, policies and procedures. | | | 3<br>Captain Perkins is well versed in policy and procedures and is able to apply them to her duties here at WCCF. | | |

| COOPERATION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|-------------|------------------|-------------------|-------------|-------------------|---------------|
| Ability to work with others to achieve common goal. | | | 3<br>Captain Perkins works with others as required. | | |

| ADAPTABILITY | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|--------------|------------------|-------------------|-------------|-------------------|---------------|
| Quickness to learn new duties and adjust to new situations. | | | 3<br>Captain Perkins has the ability to learn new duties and new situations. | | |

| WORK QUALITY | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|--------------|------------------|-------------------|-------------|-------------------|---------------|
| Accuracy of work - completed in a timely, professional manner. | | | 3<br>Captain Perkins works is completed in a timely manner. | | |

| INMATE/OFFENDER SUPERVISION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|-----------------------------|------------------|-------------------|-------------|-------------------|---------------|
| Ability to supervise inmates in accordance with policies and procedures and operational orders. | | | 3<br>Captain Perkins supervises offenders as required and within policy and procedures. | | |

| WORK HABITS | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|-------------|------------------|-------------------|-------------|-------------------|---------------|
| Self-discipline, understanding and adapting to priorities. Self motivation. | | | 3<br>Captain Perkins completes assignments as required. | | |

### SUPERVISORY QUALITIES (if applicable)

| LEADERSHIP | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|------------|------------------|-------------------|-------------|-------------------|---------------|
| Ability to motivate, train, develop and guide employees. Promotes teamwork. | | | 3<br>Due to her vast knowledge of the facility Captain Perkins has the ability to assist with the development of new staff as well as new supervisors. | | |

| COMMUNICATION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| | | | 3 | | |
| Ability to complete all reports in a timely, professional manner. Ability to define assignments clearly to subordinates. | | | Captain Perkins completes assignments as required and they are done proficiently with few to no errors. | | |
| ORGANIZATION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
| | | | 3 | | |
| Ability to plan and organize priorities and resources in a timely fashion.  Time management. | | | Captain Perkins completes assignments as required. | | |
| POLICIES AND PROCEDURES | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
| | | | 3 | | |
| Adherence to corporate policies and procedures and management directives. | | | Captain Perkins is in adherence to policy and procedures as required. | | |

### COMPLETE THIS SECTION FOR ALL EMPLOYEES FOR THE UPCOMING REVIEW PERIOD

PERFORMANCE GOALS AND OBJECTIVES

| NON-SUPERVISORY COMPOSITE | Unacceptable 1-8 Points | Below Average 9-16 Points | Average 17-24 Points | Above Average 25-32 Points | Excellent 33-40 Points |
|---|---|---|---|---|---|
| Employee Score 24 | | | Average | | |
| SUPERVISORY COMPOSITE | Unacceptable 1-12 Points | Below Average 13-24 Points | Average 25-36 Points | Above Average 37-48 Points | Excellent 49-60 Points |
| Employee Score 36 | | | Average | | |

| Prepared by/Date | Reviewed by/Date |
|---|---|
| *Maria Schratter* | |
| Employee Signature/Date | Human Resources/Date |

(08/2016)     *Refused to sign* *Mr. Day*          **SIDE TWO OF TWO**



**MTC**

Notice of Caution (NOC)

| Employee Name | Hire Date | Employee # | Date Issued |
|---|---|---|---|
| Erika Perkins | 07/01/13 | 48500196 | |
| Center/Facility | | Position Title | |
| Wilkinson County Correctional Facility | | Captain | |

| # of NOCs in past 24 months | Sanction | # of Days | Suspension Date(s) if applicable |
|---|---|---|---|
| one | Stand Alone | N/A | |

**Specific Violation per MTC Rules of Conduct Policy**

**A: Category I - Infractions which may result in discipline**

7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of the shift without permission.

**B: Category II - Infractions which may result in immediate dismissal**

1. Insubordination

15. Violation of any company or facility rules, policies, the employee handbook, or federal, state or local laws.

**Detailed Account of Violation and Corrective Action Required**

On October 28, 2020, you, Captain Perkins were assigned to A1 shift and scheduled to report to work at 6:45am. Captain Perkins persist on coming to work late. On 4-5-2021, you reported to work at 7:12 am and on 4-2-2021, you reported to work at 7:14 am, 4-6-2021 you reported to work at 7:33am. Captain Perkins your refusal to come to work on time as instructed is direct insubordination.

Captain Perkins, actions such as these are not acceptable and will not be tolerated. Due to the seriousness of these infractions, it is recommended that this Notice of Caution be placed in your personnel file. Future infractions will result in additional discipline up to and including termination.

**Approvals**

| | | | |
|---|---|---|---|
| *Major M. Schottm* | 4·15-21 | | |
| Supervisor | Date | Vice President, HR (as Required) | Date |
| | | | |
| Manager | Date | Regional Vice President (as Required) | Date |
| Facility HR Manager | Date | Senior Vice President (as Required) | Date |
| *(signature)* | 5/12/21 | | |
| Facility Director | Date | President (as Required) | Date |

I have read and understand the contents of this notice of caution. My signature does not imply admission of guilt. I understand I have the right to appeal this disciplinary action in accordance with MTC's Employee Problem Solving Policy.

*Refused to Sign.*

Employee Signature                    Date



Notice of Caution (NOC)

| Employee Name | Hire Date | Employee # | Date Issued |
|---|---|---|---|
| Erika Perkins | 03/17/04 | 48500196 | |
| Center/Facility | | Position Title | |
| Wilkinson County Correctional Facility | | Major | |
| # of NOCs in past 24 months | Sanction | # of Days | Suspension Date(s) if applicable |
| None | Demotion | N/A | |

**Specific Violation per MTC Rules of Conduct Policy**
**A: Category I - Infractions which may result in discipline**

  2. Careless or inefficient performance of duties.

**B: Category II - Infractions which may result in immediate dismissal**
  15. Violation of any company or facility rules, policies, the employee handbook, or federal, state or local laws.

**Detailed Account of Violation and Corrective Action Required**

On 04/03/2019, you, Erika Perkins were promoted to the position of Chief of Security/Major. In January 2020, the facility warden counseled you on the procedures required for an offender that had been placed in abulatory restraints. You were advised that the offender should be moved to the medical department so that the required 15 minute checks could easily be completed by the officer posted in medical. The offender was never moved to medical and you were unable to provide the warden with the required log showing 15 minutes checks on the offender. On February 22, 2020, in response to a memo from you, the facility warden directed you to send him daily reports on any housing units that do not receive tier time and showers. No response was received from you and to date, the warden has not received reports on the status of the housing units.

On multiple occassions, the warden directed that inmate food ports are to remain closed at all times. During feeding, the food port is to be opened only long enough to pass the offender his tray and the port is
(Continued on page 2)

**Approvals**

| | | | |
|---|---|---|---|
| Supervisor C. Gil | Date 7-16-2020 | Vice President, HR (as Required) *Sara Revelli [Jul 21, 2020 09:18 CDT]* | Date 07/21/2020 |
| Manager Cameron | Date 7-16-2020 | Regional Vice President (as Required) | Date 07/21/2020 |
| Facility HR Manager Russell | Date 7/16/2020 | Senior Vice President (as Required) | Date |
| Facility Director | Date Scott Toth approved by email. 7/20/2020 | President (as Required) | Date |

| I have read and understand the contents of this notice of caution. My signature does not imply admission of guilt. I understand I have the right to appeal this disciplinary action in accordance with MTC's Employee Problem Solving Policy. | *refused to sign* |
|---|---|
| | Employee Signature                    Date |



**MTC**

Notice of Caution (NOC)

| Employee Name | Hire Date | Employee # | Date Issued |
|---|---|---|---|
| Erika Perkins | 03/17/04 | 48500196 | |
| Center/Facility | | Position Title | |
| Wilkinson County Correctional Facility | | Major | |
| # of NOCs in past 24 months | Sanction | Suspension Date(s) if applicable | |
| None | Demotion | | |

**Detailed Account of Violation and Corrective Action Required (continued from page 1)**

to be secured before proceeding to the next cell. Despite repeated directives and counseling, food ports continue to be left open. You failed to personally ensure that food ports are secured and failed to hold subordinate staff accountable for their failure to follow the warden's directive. On 5/7/2020, while making rounds, the facility deputy warden of operations found 12 food port padlocks in a control tower and at least 24 unsecured food ports that were documented with photographs. Between April 2019 and May 2020 there have been eleven staff assualts that occured through unsecured food ports.

On multiple occasions the warden has counseled you on ensuring that count is being conducted properly. On 05/01/2020, the warden emailed you to ensure that officers are conducting 30-minute security checks, counts and cell searches in accordance with policy. The warden requested a 30-day review and assurance statement from you to show that the facility was in compliance or a plan of action if the facility was not in compliance. The warden requested this information by 05/08/2020. To date, you have not provided a review or plan of action to the warden. Facility counts are still not being conducted according to policy. Failure to conduct proper counts and security checks sacrifices the safety and welfare of the offenders.

Ms. Perkins, actions such as these are not acceptable and will not be tolerated. Due to the seriousness of these infractions, it is recommended that you be demoted from the rank of Major to that of Captain. Future violations will result in additional discipline up to and including termination.

**Approvals**

| | | |
|---|---|---|
| Supervisor | Date 7-16-2020 | Vice President, HR (as Required)                    Date 07/21/2020 |
| Manager | Date 7-16-2020 | Regional Vice President (as Required)              Date 07/21/2020 |
| Facility HR Manager | Date 7-16-2020 | Senior Vice President (as Required)                Date |
| Facility Director | Date Scott Toth approved by email.  7/20/2020 | President (as Required)                                 Date |

I have read and understand the contents of this notice of caution. My signature does not imply admission of guilt. I understand I have the right to appeal this disciplinary action in accordance with MTC's Employee Problem Solving Policy.

| | |
|---|---|
| | Employee Signature                                      Date |

# The H.O.P.E Bible Institute

*The trustees of this Institution by virtue of the Authority vested within them and on the recommendation of the Board of Regents of this institution*

*Do hereby confer the degree*

## BACHELOR OF THEOLOGY

### A Religious Studies Degree

*On*

## ERIKA PERKINS

*Who has successfully completed all requirements set forth.*

*Given at Baton Rouge, Louisiana, the Sixth day of April,*

*In the year of our Lord, Two Thousand Nineteen*

_____
**Administration**

_____
Dr. Johnny B. Young, Jr., Psy.D - **President**

The H.O.P.E Bible Institute is a registered and approved degree and diploma granting Institution by the Louisiana State Board of Regents. All academic courses, convocations and records are maintained on file and issued in accord through BHI, a non-profit service corporation approved by The State of Louisiana and authorized by The State of Louisiana as a registered degree granting institution under La. R.S. Ann. §17:3351(5) and (D). HPI certificates and diplomas issued by this institution are approved at all private institutions under said annual institution. La. R.S. Ann. §17:3234(C) and (D). Louisiana Revised Statutes, section 741: Handbook for the School Administrators §3116(D). The degree program of this institution by a state public school. La. R.S. Ann. §2154(D). Louisiana Revised Statutes designed solely for religious vocations. BHI is also an approved member of The Louisiana are designed solely for religious vocation and are not recognized by any governmental agency outside of these vocations. BHI is also an approved member of The Louisiana Association of Private Colleges and Schools (www.lapcs.net) is and accredited by The American Association of Christian Therapist (A.A.C.T).

MTC000213



**Notice of Caution (NOC)**

| Employee Name<br>Erica Perkins | Hire Date | Employee # | Date<br>08/12/2020 |
|---|---|---|---|
| Center/Facility<br>**Wilkinson County Correctional Center** | | Position Title<br>Administrative Captain | |

**Specific Violation Per MTC Rules of Conduct Policy**

    <u>Notice of Caution -- Category I:</u>
    <u>Notice of Caution -- Category II:</u>

| ☑ **First Offense** | ☐ **Second Offense** | ☐ **Third Offense** | ☐ **Fourth Offense** |
|---|---|---|---|

**Detailed Account of Violation and Corrective Action Required**

At approximately 0930 hours on 08/12/2020, Capt. E. Perkins was given the direct order to conduct the lunch feed in the dining hall. She did not show up. At approximately 1130 hours I, Major M. Schoettmer went to Capt. Perkins office and inquired as to why she was not in the dining hall. She stated she did not know feed had begun and she did not have a radio, lunch feed typically begins around 1030 hours. At approximately 1230 hours on 08/12/2020 Capt. E. Perkins was given a direct order to run the noon feed in the dining hall by Major M. Schoettmer. Ms. Perkins stated she will not run the chow hall the shift supervisors are supposed to do that. Ms. Perkins did not assist with any part of the noon feed. Ms. Perkins needs to follow the order that are given to her in her chain of command.

*Warden Counseled - see note*

**Recommended Sanction in Addition to this Notice of Caution (If applicable)**

☐ Suspension Deferred      Date _____

☐ Suspension for _____ Days    Dates _____ thru _____

☐ Termination      Effective date _____

**Approvals**

| Supervisor | Date | Corporate HR Director | Date |
|---|---|---|---|
| Manager | Date | Facility Director | Date |
| Facility HR Manager | Date | Senior Vice President (As Required) | Date |
| Regional Vice President (As Required) | Date | | |

| I have read and understand the contents of this notice of caution. My signature does not imply admission of guilt. I understand I have the right to appeal this disciplinary action in accordance with MTC Employee Problem Solving Policy. | Employee Signature | Date |
|---|---|---|

# ACTION SHEET

Erika Perkins

Rec NOC 8/13 - Ms. Perkins absent

Requested DW Cail/ Maj. Schoettmer get a
statement from Ms. Perkins.

8/12/20 I Witnessed conversation w/

Warden Middlebrooks + Ms Perkins in
wardens office 4:50 pm
Re: Her refusal to run chow

She wants to know why she has to do it if
there are Shift Supervisors here - Warden
responded - that's the Majer's call + its w/in
her job duties so she has to do it. Warden
wants the team to be sucenful + wants her to
be a part of it. Makes that she is a valuable
asset. Said if she can't be part of the team
he doesn't have a place for her? why is she here?
He asked if he could depend on her, she agreed.
Warden said she has to do what Schoettmer says.

She complained that Schoettmer made a
statement in court room that he was going
to work her so much he was going to git
on her nerves-

Obtaining Statements about ↑



Notice of Caution (NOC)

| Employee Name | Hire Date | Employee # | | Date Issued |
|---|---|---|---|---|
| Erika Perkins | 07/01/13 | 48500196 | | |
| Center/Facility | | Position Title | | |
| Wilkinson County Correctional Facility | | Captain | | |
| | | | | Suspension Date(s) if applicable |
| # of NOCs in past 24 months | Sanction | # of Days | | |
| Two | | N/A | | |

**Specific Violation per MTC Rules of Conduct Policy**
  **A: Category I - Infractions which may result in discipline**



  **B: Category II - Infractions which may result in immediate dismissal**
    1. Insubordination


    4. Neglect of duty or refusal to perform work assigned.


**Detailed Account of Violation and Corrective Action Required**
On May 3, 2021 at approximately 1530 hours, I Major M. Schoettmer went to the count room and instructed that a Use of Force Pack needed to be completed for the incidents that occurred on F-pod and J-Pod by the shift due to no computer being available for the long term captain. Also that the use of Force on J-pod was under review and that the pack needed to be done by end of shift by someone not involved. You, Captain Perkins spoke up stating that you were not going to complete the pack, that it was not yours to complete and that there were others that could complete it. I repeated that the Pack was to be completed by end of shift today and that Captain Green would get you all pertinent information and anything else needed. On May 4, 2021 I discovered that the Packs had not been completed, instead the completed incident statements that had been left in her possession had been placed in the Long Term sally port. I went to the count room and asked why the packs were not completed, you stated it was not yours to complete and that Captain Green has computer access and MDOC access and that he should complete them.

**Approvals**

| | | | |
|---|---|---|---|
| _signature_ 5·12·21 | | Vice President, HR (as Required)        Date | |
| Supervisor                          Date | | | |
| _signature_ 5-12-21 | | Regional Vice President (as Required)    Date | |
| Manager                            Date | | | |
| _signature_ 5/12/21 | | Senior Vice President (as Required)      Date | |
| Facility HR Manager              Date | | | |
| Facility Director                    Date | | President (as Required)              Date | |

I have read and understand the contents of this notice of caution. My signature does not imply admission of guilt. I understand I have the right to appeal this disciplinary action in accordance with MTC's Employee Problem Solving Policy.

*Employee refused to sign 5/12/21*
Employee Signature                        Date
*Francis Huff · Major Schoett*

 **MTC**

Notice of Caution (NOC)

| Employee Name | Hire Date | Employee # | Date Issued |
|---|---|---|---|
| Erika Perkins | 07/01/13 | 48500196 | |
| Center/Facility | | Position Title | |
| Wilkinson County Correctional Facility | | Captain | |
| # of NOCs in past 24 months | Sanction | Suspension Date(s) if applicable | |
| Two | | | |

**Detailed Account of Violation and Corrective Action Required (continued from page 1)**

I requested a statement from you stating why you were refusing to complete the assignment you replied that I was not going to get a statement and that you refused. Captain Perkins your refusal to complete assignments as instructed is direct insubordination. Actions such as these are unacceptable and will not be tolerated, along with your repeated refusal to comply with directives. Due to the seriousness of these infractions, it is recommended that this Notice of Caution be placed in your personnel file. Future infractions will result in additional discipline up to and including termination

**Approvals**

| | | | |
|---|---|---|---|
| Supervisor | Date | Vice President, HR (as Required) | Date |
| Manager | Date | Regional Vice President (as Required) | Date |
| Facility HR  Manager | Date | Senior Vice President (as Required) | Date |
| Facility Director | Date | President (as Required) | Date |

I have read and understand the contents of this notice of caution. My signature does not imply admission of guilt. I understand I have the right to appeal this disciplinary action in accordance with MTC's Employee Problem Solving Policy.

| Employee Signature | Date |
|---|---|

October 11, 2021

To Whom It May Concern:

I greatly appreciate your consideration and understanding, as well as your patience and cooperation with me during this time as I continue my education. However, it has come to my attention that I could be placed backed into full time status based on the proposed schedule created. Which states I will work every other Saturday and Sunday and every Monday and Tuesday. This schedule began on August 23, 2021 and my first weekend begun on August 28, 2021.

Therefore, I am requesting to be placed back into full time status and continue to work the hours assigned.

If there is anything else I can do in the meantime or if you have any questions or concerns, please do not hesitate to reach out to me at Erika.Perkins@mtctrains.com.

Thank you,

Erika Perkins

Captain

MTC (Management Training and Corporation)



# MTC

## Notice of Caution (NOC)

| Employee Name | Hire Date | Employee # | Date Issued |
|---|---|---|---|
| Erika Perkins | 07/01/13 | 48500196 | |
| Center/Facility | | Position Title | |
| Wilkinson County Correctional Facility | | Captain | |
| # of NOCs in past 24 months | Sanction | # of Days | Suspension Date(s) if applicable |
| one | Stand Alone | N/A | |

**Specific Violation per MTC Rules of Conduct Policy**

**A: Category I - Infractions which may result in discipline**

7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of the shift without permission.

**B: Category II - Infractions which may result in immediate dismissal**

1. Insubordination

15. Violation of any company or facility rules, policies, the employee handbook, or federal, state or local laws.

**Detailed Account of Violation and Corrective Action Required**

On October 28, 2020, you, Captain Perkins were assigned to A1 shift and scheduled to report to work at 6:45am. Captain Perkins persist on coming to work late. On 4-5-2021, you reported to work at 7:12 am and on 4-2-2021, you reported to work at 7:14 am, 4-6-2021 you reported to work at 7:33am.  Captain Perkins your refusal to come to work on time as instructed is direct insubordination.

Captain Perkins, actions such as these are not acceptable and will not be tolerated. Due to the seriousness of these infractions, it is recommended that this Notice of Caution be placed in your personnel file. Future infractions will result in additional discipline up to and including termination.

**Approvals**

| | | |
|---|---|---|
| _Major M. Schottm_  4-15-21 | | Vice President, HR (as Required)    Date |
| Supervisor    Date | | |
| | | Regional Vice President (as Required)    Date |
| Manager    Date | | |
| | | Senior Vice President (as Required)    Date |
| Facility HR Manager  _Ursula_  5/12/21    Date | | |
| Facility Director    Date | | President (as Required)    Date |

| I have read and understand the contents of this notice of caution.  My signature does not imply admission of guilt.  I understand I have the right to appeal this disciplinary action in accordance with MTC's Employee Problem Solving Policy. | _Refused to Sign._  Employee Signature    Date |
|---|---|



Management & Training Corporation

# WILKINSON COUNTY CORRECTIONAL FACILITY
## INCIDENT REPORT

| Warden | DW of Programs |
| DW of Operations | Major, Chief of Security |
| Contract Monitor | |

| Date:  April 15, 2021 | Time:  1630 hours | Location: Major's Office |
|---|---|---|
| **Staff: Major Matthew Schoettmer** | | **Inmate:** |
| ▮▮▮▮▮▮▮▮▮▮ | | |

**Who, What, Where, When, Why:**

On April 15, 2021 at approximately 1635 hours I Major Matthew Schoettmer had Captain Erika Perkins come to my office to go over her being persistently tardy to work. Captain Perkins was asked to write a statement to why she was late on April 2nd, April 5, and April 6th of 2021. Captain Perkins refused to write a statement, she refused to discuss why she was late. Captain Perkins was asking to know about other disciplines on other staff being tardy.

Reporting Staff {Signature}                    Date: 4-15-2021    Time: 1640 hours

Form Updated 01/07/2016

MTC000220







MTC000221

## Matthew Schoettmer

**From:** Matthew Schoettmer
**Sent:** Monday, October 26, 2020 8:55 AM
**To:** Erika Perkins
**Cc:** Craig Coil; Scott Middlebrooks; Kelly Pomeroy
**Subject:** shift change

Captain Perkins,

This is a follow up to our previous conversation on October 21st, 2020 in which I informed you effective on Wednesday, October 28, 2020 you are to report as the A1 shift Captain.   As you are aware, the Captain position on this shift has been vacant, therefore this assignment of work is based on institutional need. Your report time is 6:45am for shift briefing and will end at 7:00pm at the conclusion of shift.

Please let me know if you need any clarification on this assignment directive.

Sent from my iPhone

Matthew Schoettmer, Major
Chief of Security
*Wilkinson County Correctional Facility*
*2999 US Hwy 61 N*
*Woodville MS 39669*
*601-888-3199 ext 2270*
*Fax: 601-888-3235*
Matthew.Schoettmer@mtctrains.com



A Leader in Social Impact

1



# WILKINSON COUNTY CORRECTIONAL FACILITY
## INCIDENT REPORT

| Warden | DW of Programs |
|--------|----------------|
| DW of Operations | Major, Chief of Security |
| | Contract Monitor |

| Date: April 15, 2021 | Time: 1630 hours | Location: Major's Office |
|---|---|---|
| **Staff: Major Matthew Schoettmer** | **Inmate:** | |

**Who, What, Where, When, Why:**

On April 15, 2021 at approximately 1635 hours I Major Matthew Schoettmer had Captain Erika Perkins come to my office to go over her being persistently tardy to work. Captain Perkins was asked to write a statement to why she was late on April 2nd, April 5, and April 6th of 2021. Captain Perkins refused to write a statement, she refused to discuss why she was late. Captain Perkins was asking to know about other disciplines on other staff being tardy.

Reporting Staff {Signature}          Date: 4-15-2021      Time: 1640 hours

Form Updated 01/07/2016







## Matthew Schoettmer

**From:** Matthew Schoettmer
**Sent:** Monday, October 26, 2020 8:55 AM
**To:** Erika Perkins
**Cc:** Craig Coil; Scott Middlebrooks; Kelly Pomeroy
**Subject:** shift change

Captain Perkins,

This is a follow up to our previous conversation on October 21st, 2020 in which I informed you effective <u>on Wednesday, October 28, 2020</u> you are to report as the A1 shift Captain.   As you are aware, the Captain position on this shift has been vacant, therefore this assignment of work is based on institutional need. Your report time is 6:45am for shift briefing and will end at 7:00pm at the conclusion of shift.

Please let me know if you need any clarification on this assignment directive.

Sent from my iPhone

Matthew Schoettmer, Major
Chief of Security
*Wilkinson County Correctional Facility*
*2999 US Hwy 61 N*
*Woodville MS 39669*
*601-888-3199 ext 2270*
*Fax: 601-888-3235*
Matthew.Schoettmer@mtctrains.com


MTC Management & Training Corporation
A Leader in Social Impact

1



**MTC**

# Employee Performance Log

Employee _Erika Perkins_    Employee # _4850019L_    Supervisor _M.Schrockars_

Shift _____    Card _____    Position _Captain_

| Date | Supervisor's Initials | Employee's Initials | Comments |
|------|----------------------|---------------------|----------|
| 2-8-21 | r6 | EP | Shift Supervisors/Captains are mandated to be in and run Roll Call for your shift at 0645hours/1845 hours depending on your shift. Overtime slips can be filled out if necessary. |
| 2-8-21 | r6 | EP | Captains are to notify the major via telephone/text when they are going to be late or miss shift unplanned, one hour prior to start of shift. Leave slips should be filled out and approved for any planned leaves. |
| 2-8-21 | r6 | EP | Shift folders that are set up for your assigned shift on the Share drive, they must be utilized for all shift work. |
| 2-8-21 | r6 | EP | EOR logs must be completed prior to leaving shift, if not an incident statement must be sent to ADO team stating why not complete. Packs must be completed within 24 hours and turned in. |
| 2-8-21 | r6 | EP | All equipment/keys/radios must be counted and accounted for at the beginning of shift and noted on shift report. Cameras must be checked and logged on shift report. |
| 2-8-21 | r6 | EP | All trips must go out on time. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MTC000226

Revised 06/01/2018

 **MTC**

**Request for Personnel Action (RPA)**

| | |
|---|---|
| Applicant/Employee Name **Erika Perkins** | Date of Hire **03/17/2004** |
| Facility **Wilkinson County Correctional Facility** | Requested Effective Date **06/02/2020** |

## REASON FOR SUBMITTING RPA

☐ Promotion of key staff
☐ Regional Vice President Request
☐ Any salary adjustment outside the regular salary increase cycle (provide justification in comment box below)
☐ Selection does not meet the minimum qualifications of the current approved PD (for Job Corps, provide waiver):
    ☐ *Education*    ☐ *Experience*    ☐ *Certifications*    ☐ *Licenses*

☐ New hire of key staff
☒ Demotion of staff (include disciplinary)

Comments:

## CURRENT STATUS

Current MTC Employee  Yes ☒  No ☐  if no, move on to New Status

| Current Position | Current Grade | Current Salary |
|---|---|---|
| Major | 4 | $54,080.00 |

## NEW STATUS

| Position Name | Grade | Requested Salary/Increase Amount |
|---|---|---|
| Captain | 3 | $45,760.00 |

## INTERNAL SALARY RELATIONSHIPS
### (Summary Report Required)

| Within New Classification *(All Emp. With the Same Position Title)* | | | With Subordinates *(Those the Emp. will directly supervise)* | | |
|---|---|---|---|---|---|
| No. | MIN | MAX | No. | MIN | MAX |
| 6 | $41,995.20 | $45,760.00 | 104 | $25,480.00 | $37,648.00 |

## APPROVALS

| | | |
|---|---|---|
| Facility Human Resources | | Date: 7-16-2020 |
| Facility Director | | Date: 7-16-2020 |
| Vice President, Human Resources | | Date: 07/21/2020 |
| Regional Vice President | | Date: 07/21/2020 |
| Sr. Vice President (if applicable) | | Date: |

Scott Toth approved by email.  7/20/2020

## REQUIRED DOCUMENTS

| ☒ Application/Resume/ Job Bid | ☒ Approved PD | ☒ Salary Structure | ☒ Summary Report | ☐ Waiver & Plan (if applicable) |
|---|---|---|---|---|

Revised 10/10/2018

## Internal Salary Relationship

| Within New Classification | | |
|---|---|---|
| Number of Employees | | 6 |
| Min Wage | | 20.19 |
| Max Wage | | 22.00 |
| Name | Date of Hire | |
| Brown, Karen | 11/21/2016 | 21.15 |
| Day, Victoria | 06/09/2008 | 20.19 |
| Goff II, Berl | 05/28/2020 | 20.19 |
| Groom, Mary | 06/19/2000 | 22.00 |
| Griffith, Phillip | 03/02/2020 | 20.19 |
| Taylor, Phil | 05/13/2019 | 21.15 |
| Average | | 20.81 |

| Subordinates they will Directly Supervise | | |
|---|---|---|
| Number of Employees | | 104 |
| Min Wage | | 12.25 |
| Max Wage | | 18.10 |
| Name | Date of Hire | |
| Pointe, Charles | 09/23/2019 | 18.10 |
| Hardy, Marcus | 11/18/2019 | 18.10 |
| Jenkins, Kelley | 07/09/2018 | 18.10 |
| Fair, Darrick | 11/18/2019 | 18.10 |
| Quin, Demetrius | 02/10/2020 | 18.10 |
| Williams, Jack | 10/31/2018 | 18.10 |
| Brown, Brandy | 10/29/2018 | 18.10 |
| Dawson, Harry | 10/21/2019 | 18.10 |
| Adams, Clara | 11/24/1997 | 16.21 |
| Sanders, Clarissa | 01/04/1999 | 15.00 |
| Herrington, Linda | 08/06/2018 | 14.50 |
| Ard, Dominique | 02/11/2019 | 14.50 |
| Schoettmer, Kerrie | 11/04/2019 | 14.50 |
| Torrence, JaMira | 03/09/2020 | 14.50 |
| Selvage, Danesha | 11/09/2009 | 16.21 |
| Trask, Olivia | 05/16/2006 | 15.00 |
| Hall, Joseph | 11/24/1997 | 16.21 |
| Turner, Vanessa | 01/03/2000 | 14.50 |
| Reese, Bianca | 08/26/2013 | 15.00 |
| Myles, Mary | 04/15/2019 | 14.50 |
| Collins, Delores | 10/27/2014 | 14.50 |
| Jackson, Laura | 08/03/2015 | 14.50 |
| Snyder, Lenelle | 08/12/2019 | 14.75 |
| Grayson, Janette | 08/22/2016 | 14.50 |
| Ware, Tiffany | 08/14/2017 | 14.50 |
| Terrell, Latalia | 10/09/2017 | 14.50 |
| Smith, Linda | 01/08/2018 | 14.50 |
| Green, Vickie | 02/20/2018 | 14.75 |
| Scott, Ravonne | 06/11/2018 | 14.50 |
| King, Kenny | 10/29/2018 | 14.50 |
| Malone, Mekeva | 08/12/2019 | 14.50 |
| Spence, Jason | 08/12/2019 | 14.75 |
| Hickombottom, Rachel | 08/12/2019 | 14.50 |
| Mason, Julia | 09/23/2019 | 14.50 |
| Earl, Angelique | 09/23/2019 | 14.75 |
| Hunt, Vivica | 10/07/2019 | 14.50 |
| Earl, Angalina | 01/06/2020 | 14.50 |
| Barker, Margaret | 03/09/2020 | 14.50 |
| Jackson, Robert | 03/09/2020 | 14.50 |
| White, Demetric | 05/11/2020 | 14.75 |
| Rodgers, Sharanica | 09/18/2017 | 12.75 |
| Brown, Victoria | 12/10/2018 | 12.25 |
| Decay, Sade | 12/10/2018 | 12.25 |
| Carpenter, Brianna | 02/11/2019 | 12.25 |
| Hardy, Michael | 04/29/2019 | 12.25 |
| Bierbaum, W. Renee | 06/10/2019 | 12.25 |
| Robinson, Myeshia | 08/12/2019 | 12.25 |
| Hunt, Carrie | 09/24/2019 | 12.25 |
| White, Ashley | 09/23/2019 | 12.25 |
| Hawkins, Charmaine | 10/07/2019 | 12.25 |
| Ross, Shayla | 10/07/2019 | 12.25 |
| White, Tonnesha | 10/07/2019 | 12.25 |
| Wells, Valencia | 10/07/2019 | 12.25 |
| London, Courtney | 11/04/2019 | 12.25 |
| Scott, Keyana | 01/21/2020 | 12.25 |
| Williams, Codaja | 02/10/2020 | 12.25 |
| Belton, Alexisia | 03/09/2020 | 12.25 |
| Nisa, Zaibun | 04/06/2020 | 12.25 |
| Nisa, Fakhrun | 04/06/2020 | 12.25 |
| Hill, Jennifer | 04/27/2020 | 12.25 |
| Johnson, Brittany | 05/11/2020 | 12.25 |
| Doss, Cynthia | 05/11/2020 | 12.25 |
| Ellis, Marquesha | 05/26/2020 | 12.25 |
| Green, Doniesha | 05/28/2020 | 12.25 |
| Porter, Ora | 06/10/2013 | 15.50 |
| Anderson, Dernell | 11/19/1997 | 15.50 |
| Proby, Mary | 01/23/2006 | 14.17 |
| Simmons Taylor, Betty | 03/03/2014 | 13.50 |
| Lewis, Mekalla | 09/09/2019 | 12.25 |
| Cameron, Ellishia | 10/07/2019 | 12.25 |
| Havard, Donna | 10/21/2019 | 12.25 |
| Verbeck, Tommy | 03/09/2020 | 12.25 |

| | | |
|---|---|---|
| Bonds, Mercedez | 04/06/2020 | 12.24 |
| Stewart, Jerry | 04/08/2020 | 12.25 |
| Johnson, Derserreye | 04/27/2020 | 12.25 |
| Varnado, Markeyceuna | 04/27/2020 | 12.25 |
| Hickombottom, Lashonda | 04/27/2020 | 12.25 |
| Robinson, Jamesia | 04/27/2020 | 12.25 |
| Jackson, Kayla | 04/27/2020 | 12.25 |
| Bratton, Ayanna | 05/11/2020 | 12.25 |
| York, Deann | 05/26/2020 | 12.25 |
| Turner, Melissa | 09/07/1999 | 15.50 |
| Bynum, Elsie | 11/24/1997 | 15.50 |
| Farmer, Alsheia | 03/04/2013 | 13.50 |
| Jones, Johnson | 01/22/2008 | 13.50 |
| Wyatt, Linda | 12/07/1998 | 15.34 |
| Williams, Linda | 05/13/2019 | 12.25 |
| Wyatt, LaShonda | 03/03/2008 | 13.50 |
| Gaines, Cynthia | 07/11/2005 | 13.75 |
| Bynum, Nevendka | 02/09/1999 | 14.71 |
| Gaines, Melissa | 07/11/2005 | 13.01 |
| Griffin, Wileane | 02/04/2013 | 13.50 |
| Claiborne, Ethel | 08/21/2000 | 14.93 |
| Jackson, Joyce | 01/03/2000 | 14.65 |
| Boyd, Ollie | 11/24/1997 | 15.50 |
| McFarland, Tammy | 03/20/2000 | 15.27 |
| Selvage, Undraneesha | 07/15/2013 | 13.50 |
| Caston, Martha | 06/16/2014 | 13.50 |
| Pickett, Richard | 10/12/2015 | 13.25 |
| Ashley, Anecia | 04/27/2020 | 12.25 |
| Jones, Chassity | 07/10/2017 | 12.75 |
| Hollins, Delorion | 07/18/2016 | 13.00 |
| Williams, Shannon | 10/24/2016 | 13.00 |
| Washington, Alice | 08/14/2017 | 12.75 |
| Average | | 13.92 |

MTC000229

**JOBVITE**    Requisitions    Candidates    Onboarding    Contacts    Jobvites    More ⌄        ▲ Search Candidates        KP  ✉  ☰  ❓

EP  Erika Perkins ⊕

2 of 852  Help for this Page

| | | | |
|---|---|---|---|
| Applied For: | Chief of Security (24424) | 👁 View Requisition | |
| Source: | Recruiter | | |
| Employment: | Training Corporation, Training Corporation, T... | | |
| Education: | Natchez high School, Coplah Lincoln Comm... | | |

New Employee
Applied: 03/01/2019
Updated: 10/05/2019

🏢 Vidalia , LA - United States
📱 3184211007

[ Proceed To Onboarding ]  Help

**Summary**    Application    Feed    Workflow    Evaluations 1    Notes 3    Messages 1    Tasks    Activity    💬

## Candidate Details

|  |  | View Contact Record    View All Fields |
|---|---|---|
| First Name* | Erika | |
| Last Name* | Perkins | |
| Email Address | Erika.Perkins@mtctrains.com | |
| Address | 452 Concordia Park Drive | |
| City | Vidalia | |
| State | LA | |
| Zip | 71373 | |
| Country | United States | |
| Home Phone | 3184141046 | |
| Work Phone | 6018883199 | |
| Cell Phone | 3184211007 | |
| Edit | | |

### Disposition

[ Hired ]

### Source

Recruiter
Kelly Pomeroy

Edit

### All Applications

Chief of Security (24424) 👁
Applied: 03/01/2019
Updated: 10/05/2019
New Employee

### Hiring Team Members ❓

Scott Middlebrooks
Hiring Manager

Kelly Pomeroy
Recruiter

Edit

## Application Details

|  |  | View All Fields |
|---|---|---|
| Were you referred by an employee? | No | |
| Are you a current employee at an MTC operated facility or have you ever been an employee at an MTC operated facility? | Current Employee | |
| Edit | | |

## Data Consent and Processing

|  |  | Seek Consent    Export Data |
|---|---|---|
| Consent Status | Not Requested | |
| Auto Deletion Date | Retained Forever | |

## Collections

MTC000230

Add To Existing Collection

Select Collection

Add To New Collection

Collection Name

Add

## Work History Details                                    **+** Add

| Training Corporation | Unit Manager |
| | November 2013 |

| Training Corporation | July 2013 |

| Training Corporation | Captain |
| | July 2013 - October 2013 |

| Corrections Corporation of America | Administrative Shift Supervisor |
| | November 2011 - June 2013 |

| Corrections Corporation of America | Shift Supervisor |
| | September 2007 - October 2011 |

| Corrections Corporation of America | Assistant Shift Supervisor |
| | September 2006 - September 2007 |

| Corrections Corporation of America | Correctional officer |
| | March 2004 - September 2006 |

| Corrections Corporation of America | March 2004 - June 2013 |

Edit

## Education History Details                                **+** Add

| College Name | Natchez high School |
| Major | |
| Degree Name | Diploma |
| Degree Type | None |
| Dates Attended | |

| College Name | Copiah Lincoln Community College |
| Major | |
| Degree Name | MS |

MTC000231

Degree Type          Masters

Dates Attended

Edit

Copyright 2020 Jobvite, Inc. All rights reserved   Privacy Policy   Terms of Use   Support

**Erika Perkins**
**452 Concordia Park Drive**
**Vidalia, LA  71373**
**Phone: (318)414-1046**
**E-mail:** EPerkins0375@yahoo.com

## Summary

- Strong ability to lead and train staff.
- Strong background in correction.
- An over 10 year's supervisory experience.

## Objectives

Seeking a highly rewarding career, which will allow me to use my knowledge and skills obtain thru previous work experiences.

## Education

Natchez high School; Natchez, MS, Diploma 1993
Southern University of New Orleans; New Orleans, LA
Copiah Lincoln Community College, Natchez, MS

## Employment
### Management and Training Corporation

- July 2013 – present

Directly supervises, shift lieutenants, inmate population with the housing areas, major planning of the administrative and programmatic activities of the department.

- o   Unit Manager, November 2013 – present
- o   Rank held:  Captain, July 2013 – October 2013

### Corrections Corporation of America

- March 2004 – June 2013

Assist the Chief of Security with daily operations.  Supervise the administrative and operational shift activities of the facility, employees, and visitors.

- o   Administrative Shift Supervisor, November 2011 – June 2013
- o   Shift Supervisor, September 2007 – October 2011
- o   Assistant Shift Supervisor, September 2006 – September 2007
- o   Correctional officer, March 2004 – September 2006

v

**References:**  Available upon request



Management
& Training
Corporation

**Position Description**

| | |
|---|---|
| Facility Name: | Wilkinson County Correctional Facility |
| Position Title: | Chief of Security |
| Department: | Operations |
| Status: | Exempt |

Effective Date: 07/01/2013

**Position Summary:**
Reports to the deputy warden, operations. Directly supervises the captains. Responsible for the custody and discipline of inmates in compliance with American Correctional Association (ACA) standards, Management & Training Corporation (MTC), and Mississippi Department of Corrections (MDOC) directives.

**Essential Functions:**
1. Plan, coordinate and manage the administrative and programmatic activities of the department.
2. Provide staff training, evaluate staff performance and recommend department and personnel changes to the deputy warden, operations.
3. Assist the deputy warden, operations in the preparation of the departmental budget; monitor and control expenditures.
4. Assist in the development and implementation of new and revised policies and procedures affecting security. Coordinate with other departments to ensure compliance with overall facility objectives.
5. Exercise overall supervision of correctional officers and inmates; supervise, protect, instruct, train, counsel and evaluate employees and inmates. Schedule employees and provide scheduling for inmates work and off-duty time. Make recommendations for inmates considered for trustee status. Assist in formulating security and work procedures.
6. Supervise and direct searches for contraband and provide security.
7. Provide security and custody for inmates. Supervise the observation of inmates.
8. Respond to emergencies.
9. Read, review and properly apply information found in inmate records related to the inmates' health and safety, and to the security of the facility. Provide appropriate information to other personnel.
10. Supervise the preparation and maintenance of records, forms and reports.
11. Promote the development of positive social skills through modeling appropriate behaviors and intervening when inappropriate behaviors are observed. Provide regular feedback to staff regarding social skills procedures and intervention techniques.
12. Maintain accountability of staff, inmates and property; adhere to safety practices.

It is expected that the incumbent shall perform other duties as assigned within his/her capabilities as determined by management.

**Education and Experience Requirements:**
Bachelor's degree in correctional management, criminal justice, public/business administration, education counseling or other related field and four (4) years correctional experience, two (2) of which must be in a supervisory capacity required. Directly related experience may be considered in lieu of formal education requirements if approved by management. Valid driver's license in the state of Mississippi or Louisiana with an acceptable driving record required, unless waived by management.

**Post Hire Requirements:**
Must successfully complete annual in-service training requirements.

Warden

6-12-14
Date

Vise President, Human Resources

12/10/2014
Date

## Keith OBanion

| | |
|---|---|
| **From:** | Gabriel Walker |
| **Sent:** | Thursday, June 23, 2016 11:43 AM |
| **To:** | Jody Bradley; Keith OBanion |
| **Cc:** | Alan Chapman |
| **Subject:** | Training Incident |

The matter resolving Unit Manager Perkins and Training Manager Pendleton has been resolved. I have spoken with both staff and also allowed them to discuss the matter together with one another. Both staff took ownership and agreed that proper communication between the two would have prevented this incident.

Speaking with Unit Manager Perkins she was informed that she is not allowed to address concerns regarding her daughters employment. She understood that her daughter is an adult working in a Professional environment and any concerns which she had would be addressed by someone in her chain of command. It was addressed to Mrs. Perkins that any MTC clothing not being used or damaged should have been turned back in to the facility training department. Mrs. Perkins understood the concern of other staff in the class not being afforded a jacket and she should have referred to Lt. Pendleton prior to issuing.

Speaking with Training Manager Pendleton she also understood that she could have handled things differently. She failed to get all her facts together prior to acting and accusing staff of misconduct by entering the clothing room removing items without her consent. Though she was advised by Chief of Security Rodriguez to take the jackets from the staff she did it in front of the class which may have been embarrassing to the cadets involved. I further spoke to her concerning ensuring that she addressed the class as a whole when providing instruction concerning policies and procedures and rules of conduct. I advised her to ensure that we ensure that we use good verbiage when explaining consequences of staff misconduct. Ms. Pendleton completely understood the importance of good communication.

I have also spoken to Correctional Officer Erika Perkins (cadet) concerning statements which she provided. I explained to her not to involve her mother concerning matters at the facility. She was provided her chain of command to address concerns too. I explained to her the importance of what Training Pendleton was expressing to her and we only wanted everyone to be successful in this new career. Ms. Perkins understood and advised that she only wanted to follow the procedures and was looking forward to continuing the training class.

I believe this matter is resolved at this time...

1

MTC000235



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**BURL CAIN**
**COMMISSIONER**

John D. Hunt
Director

Corrections Investigation Division
601-359-5611 (o) 601-359-5688 9(f)

TO:         Frances Griffin, MTC, Wilkinson County Correctional Facility

FROM:     James Cooksey, Chief Investigator, Corrections Investigation Division (CID), SMCI

RE:         Background Check - WCCF

DATE:      July 23, 2021

**Name:**      Erika Perkins

**DL State/#:** LA - 800852209 *Valid*

**SSN#:**      ***-**-9536

**DOB:**       3/14/1975

**OffenderTrak Check:**  No Record

**Personnel Lookup Check:**  No Record

**NCIC Findings:**     No Record

301 N. Lamar Street, Jackson, MS 39202
601-359-5600 office

MTC000236



## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## APPLICANT RELEASE OF INFORMATION

To Whom It May Concern:

The Mississippi Department of Corrections will conduct a background investigation to verify information that you have provided in conjunction with your application for employment.**This information will be used every five years to conduct a criminal background review.**  In order to conduct the investigation, the following information is required.

Social Security #: _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_    Date of Birth: _23/14/75_    Race: _AA_    Sex: _F_

Driver's License Number: _008805477_    State Issued: _LA_

Current Address: _452 Concordia Park I Drive_ _____ _Vidalia_
                        Street                    Apt #              City

_LA_ _____ _71373_
State            Zip Code

Have you ever been arrested and/or convicted of a crime?

Yes _✓_    No _____    If yes: Date: _2018_

Charge: _Outstanding warrant_ City: _Natchez_    State: _MS_
        _tickets_

Have you ever been associated with a street gang? __Yes _✓_ No  If yes, what gang?_____

Do you have any tattoos on your body? __Yes _✓_No  If yes, what does it stand for? _____

In order that the investigation can be completed, I hereby authorize the Mississippi Department of Corrections and any of its authorized employees to receive and collect information from any previous employer, law enforcement agency, educational institution, or persons named by me as references.

_Erika Perkins_ _____    _[signature]_ _____    _05/28/19_
Applicant (Print) Name              Applicant Signature              Date

If you are applying for employment at a Community Facility, list which one:

CWC/Restitution Center: _____

03-14-F1
Revised 01/01/2010

MTC000237

**MTC**                                                **Employee Acknowledgement**

I, *Erika Perkins*, acknowledge I understand each of the items below by initialing on the spaces provided
Employee Name (Please Print)

*EP* I have received and understand the employee handbook, as well as any other handbooks, policies, procedures, summary plan descriptions, or other personnel materials, does not create a binding employment contract between MTC and any employee. I recognize that MTC policies must be adhered to and understand that it is my responsibility to be familiar with company policies and seek clarification from my supervisor or human resources if I have questions. All policies are available to me at www.mtctrains.com and are available through my human resources office. I also understand that MTC expressly reserves the right to change any of the policies, procedures or rules, including those covered in this handbook, at any time.

*EP* I certify the following to the best of my knowledge:
   I. As of the date on this form, neither I nor any member of my immediate family has any business relationships which would be in conflict with the interest of MTC except*
   II. I have no knowledge of myself or any other person acting in conflict with the interest of MTC or the guidance in the Employee Handbook, or MTC Policy 203.05 Ethics, as of the date on this form except*
   III. No member of my immediate family is employed by a supplier, customer, or competitor of MTC except*
If any change occurs which would require a different answer or statement, I will promptly complete a supplementary report bringing my record up to date.

MTC asks for the above information to enable MTC to obtain legal advice with respect to any questionable transaction or relationship that might be disclosed. MTC will hold this information in confidence, consistent with our ethics guidelines, to the extent permitted by law.

*EP* I understand uniforms, keys, manuals or any other items issued to me are either government or Company property and must be returned to the Company prior to the end of my employment. If any government or Company-owned items are not returned when my employment with MTC ends, I authorize the Company to withhold the replacement cost of such items from my final paycheck. I also understand that if any of these items are lost, I am to report the loss immediately to my supervisor.

*EP* I attended the Standards of Business Conduct Training on 06/11/13 conducted by S. Hall.
                                                              Date                            Print Name

*EP* I received a copy of my position description for _____. I have read and understand the job duties and responsibilities and will address any questions with my immediate supervisor.

*EP* I received training on MTC's anti-harassment policy.

*EP* I received training on MTC's Code of Ethics.

*EP* I reviewed the timecard and timekeeping process.

*EP* I received a copy of the MTC Retirement Plan Summary Plan Description.

*EP* I understand I may be required to drive for company business. Please complete the following:

   • Have you refused to submit to a Blood Alcohol Content test within the past three years? _____ Yes ✓ No
       If yes, please explain: _____
       _____

   • Have you had your operator's license suspended, revoked or administratively restricted within the past three years? _____ Yes ✓ No
       If yes, please explain: _____
       _____

MTC/FORM/Employee Acknowledgement                                    Rev. 10/10/11



**Employee Personal Data Form**

As a Government contractor subject to both Section 503 of the Rehabilitation Act of 1973 and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, Management & Training Corporation takes affirmative action to employ and advance in employment qualified individuals with disabilities, qualified special disabled veterans, recently separated veterans, armed forces service medal veterans and other protected veterans.

If you are a qualified individual with a disability, a qualified disabled veteran, a recently separated veteran, an armed forces service medal veteran, or other protected veteran we would like to include you under our affirmative action program. You may inform us of your desire to benefit under the program at this time or at any time in the future. This information will assist us in placing you in an appropriate position and/or in making accommodations for your disability.

Submission of this information is voluntary and refusal to provide it will not subject you to adverse treatment. Information you submit will be kept confidential except: (i) supervisors and managers may be informed regarding restrictions on the work of duties of disabled veterans, and regarding necessary accommodations; (ii) first aid and safety personnel may be informed, when and to the extent appropriate, if the condition might require emergency treatment; and (iii) Government official engaged in enforcing laws administered by OFCCP or the Americans with Disabilities Act, may be informed. The information provided will be used only in ways that are not inconsistent with the Vietnam Era Veteran's Readjustment Assistance Act of 1974, as amended.

If you are an individual with a disability or a disabled veteran, it would assist us if you tell us about (i) any special methods, skills, and procedures which qualify you for positions that you might not otherwise be able to do because of your disability, and (ii) the accommodation we could make which would enable you to perform the job properly and safely.

I wish to self-identify as follows and be included under the MTC affirmative action program:

Please **check all that apply.**

_____  **Disabled Veteran** -- (1) A veteran of the U.S. military, ground, naval or air service who is entitled to compensation (or who but for the receipt of military retired pay would be entitled to compensation) under laws administered by the Secretary of Veterans Affairs, or (2) A person who was discharged or released from active duty because of a service-connected disability.

_____  **Three Year Recently Separated Veteran** -- any veteran during the **three-year period** beginning on the date of such veteran's discharge or release from active duty in the U.S. military, ground, naval or air service. [Enter discharge or release date _____/_____/_____]

_____  **Armed Forces Service Medal Veteran** -- any veteran who, while serving on active duty in the U.S. military, ground, naval or air service, participated in a United States military operation for which an Armed Forces service medal was awarded pursuant to Executive Order 12985.

_____  **Other Protected Veteran** -- a veteran who served on active duty in the U.S. military, ground, naval or air service during a war or in a campaign or expedition for which a campaign badge has been authorized, under the laws administered by the Department of Defense.

_____     06/11/13
Employee Signature                          Date



# Employee Acknowledgement

- Have you ever been denied a license, permit or privilege to operate a motor vehicle? ____ Yes ✓ No

  If yes, please explain:

  _____

  _____

- Has any license, permit or privilege ever been suspended or revoked? ____ Yes ✓ No

  If yes, please explain:

  _____

  _____

This checklist will serve as record of my completion of new employee orientation. This record will be maintained in my personnel file.

My signature below verifies that I have been provided with the information indicated above and I am responsible for adhering to all company policies and procedures while employed with MTC.

_____          06/11/13
Employee Signature                                    Date

*If there are exceptions or if in doubt, give details in the space provided above or, if necessary on an accompanying sheet. An exception does not exist if you have previously received written approval from the corporate office of any outside business activities or relationships. Your signature on this form shall constitute your certification that you have described all exceptions and that, if the space is blank, there is no exception.

MTC

Wilkinson County Correctional Facility

July 2017-July 2018 Employee Performance Appraisal - Corrections

| Name | Employee No. | Hire Date | Job Title | | Review Period |
|---|---|---|---|---|---|
| Erika Perkins | 48500196 | 7/1/2013 | Unit Manager | | July 2017 - July 2018 |

| | | |
|---|---|---|
| 1 Point | Unacceptable | Does not meet minimum requirements. Corrective action required. |
| 2 Points | Below Average | Rarely meets minimum requirements, performance needs improvement. |
| 3 Points | Average | Performance meets expectations and job requirements. |
| 4 Points | Above Average | Performance exceeds expectations and job requirements. |
| 5 Points | Excellent | Performance consistently far exceeds expectations and requirements. |

| INITIATIVE | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Ability to work without close supervision. Seeks & accepts new assignments/opportunities. | | | 4<br>Displays good leadership and open to new opportunities | | |

| DEPENDABILITY | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Ability to meet goals. Includes attendance, punctuality, willingness to work overtime. | | | 3<br>No concerns of meeting goals and objectives | | |

| JOB KNOWLEDGE | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Familiar with rules & regulations, techniques, policies and procedures. | | | 4<br>Knowledgeable of policies and procedures | | |

| COOPERATION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Ability to work with others to achieve common goal. | | | 3<br>Team Player | | |

| ADAPTABILITY | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Quickness to learn new duties and adjust to new situations. | | | 4<br>knowledgeable in other areas of the facility | | |

| WORK QUALITY | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Accuracy of work - completed in a timely, professional manner. | | | 4<br>No Concerns | | |

| INMATE/OFFENDER SUPERVISION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Ability to supervise inmates in accordance with policies and procedures and operational orders. | | | 4<br>Very professional and involved with the Offender population | | |

| WORK HABITS | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Self-discipline, understanding and adapting to priorities. Self motivation. | | | 3<br>Motivated and ensures job is complete | | |

## SUPERVISORY QUALITIES (if applicable)

| LEADERSHIP | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Ability to motivate, train, develop and guide employees. Promotes teamwork. | | | 4<br>Hard working and gets other staff involved | | |

| COMMUNICATION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
|---|---|---|---|---|---|
| Ability to complete all reports in a timely, professional manner.  Ability to define assignments clearly to subordinates. | | | 4<br>always vocal and timely | | |
| ORGANIZATION | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
| Ability to plan and organize priorities and resources in a timely fashion.  Time management. | | | 4<br>Organized and areas are well maintained. | | |
| POLICIES AND PROCEDURES | Unacceptable (1) | Below Average (2) | Average (3) | Above Average (4) | Excellent (5) |
| Adherence to corporate policies and procedures and management directives. | | | 3<br>No concerns | | |

### COMPLETE THIS SECTION FOR ALL EMPLOYEES FOR THE UPCOMING REVIEW PERIOD

PERFORMANCE GOALS AND OBJECTIVES
Unit Manager Perkins does an outstanding job in her position. I would like to see her work towards future promotion within the company.

| NON-SUPERVISORY COMPOSITE | Unacceptable<br>1-8 Points | Below Average<br>9-16 Points | Average<br>17-24 Points | Above Average<br>25-32 Points | Excellent<br>33-40 Points |
|---|---|---|---|---|---|
| Employee Score<br>29 | | | | Above Average | |
| SUPERVISORY COMPOSITE | Unacceptable<br>1-12 Points | Below Average<br>13-24 Points | Average<br>25-36 Points | Above Average<br>37-48 Points | Excellent<br>49-60 Points |
| Employee Score<br>44 | | | | Above Average | |

| Prepared by/Date | 8-4-18 | Reviewed by/Date |
|---|---|---|
| Employee Signature/Date | 08/07/18 | Human Resources/Date |

(08/2016)                    SIDE TWO OF TWO