IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERIKA PERKINS                                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO.:   5:21-CV-55-DCB-LGI

MANAGEMENT & TRAINING CORPORATION
and JOHN DOES (1-10)                                                                        DEFENDANTS

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties.   If any party fails to comply with the terms of this settlement agreed to by all parties, any aggrieved party may move to reopen the case for enforcement of the settlement agreement, and if successful, all additional attorneys' fees and costs from this date shall be awarded to such aggrieved party or parties against the party failing to comply with the agreement.   The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the __16th__ day of March, 2023.

                                                    s/David Bramlette  
                                                    UNITED STATES DISTRICT JUDGE